1  Thomas W. Lathram (State Bar No. 59639)
   Tom@SiliconEdgeLaw.com
2  Arthur J. Behiel (State Bar No. 172165)
   Art@SiliconEdgeLaw.com
3  SILICON EDGE LAW GROUP LLP
   6601 Koll Center Parkway, Suite 245
4  Pleasanton, CA 94566
   Telephone: (925) 621-2110
5  Facsimile: (925) 621-2119

6  Attorneys for Plaintiff
   BRILLIANT INSTRUMENTS, INC.
7

**ORIGINAL FILED**

NOV 2 0 2009

**ADR**

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

E-filing

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  BRILLIANT INSTRUMENTS, INC.          Civil No. **09 05517**

12              Plaintiff,              **COMPLAINT FOR DECLARATORY JUDGMENT**

13        v.
                                        **DEMAND FOR JURY TRIAL**
14  GUIDETECH, INC.

15              Defendant.

16

17

18        Plaintiff Brilliant Instruments, Inc. ("Brilliant" or "Plaintiff"), by its attorneys, hereby

19  alleges against Defendant GuideTech, Inc. ("GuideTech" or "Defendant") as follows:

20                        **NATURE OF THE ACTION**

21        1.     This is an action for a declaratory judgment of non-infringement of United States

22  Patent Nos. 6,091,671 (the "'671 patent"); 6,181,649 (the "'649 patent"); 6,226,231 (the "'231

23  patent"); 6,456,959 (the "'959 patent"); 6,621,767 (the "'767 patent"); 6,999,382 (the "'382

24  patent"); and 7,203,610 (the "'610 patent") (collectively the "GuideTech Patents").

25                      **INTRADISTRICT ASSIGNMENT**

26        2.     This action is an Intellectual Property Action under Civil Local Rule 3-2(c) and is

27  to be assigned on a district-wide basis.

28

COMPLAINT FOR DECLARATORY JUDGMENT

1

**PARTIES**

2      3.      Plaintiff Brilliant is a corporation organized and existing under the laws of the State

3   of Delaware, and has its headquarters and principal place of business in this District at 1600 W.

4   Campbell Avenue, Suite 206, Campbell, California 95008.  Brilliant is in the business, among

5   other things, of manufacturing and selling precision time and frequency measurement instruments.

6      4.      On information and belief, Defendant GuideTech is a corporation organized and

7   existing under the laws of the State of California, and has its headquarters and principal place of

8   business in this District at 102 Persian Drive, Suite 101, Sunnyvale, California 94089.  On

9   information and belief, GuideTech is in the business of manufacturing and selling measurement

10   instruments.

11

**JURISDICTION AND VENUE**

12      5.      This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*,

13   and under the patent laws of the United States, Title 35 of the United States Code.  This Court has

14   jurisdiction over this action pursuant to 35 U.S.C. § 271 *et seq.*, and 28 U.S.C. §§ 1331, 1338(a),

15   and 2201-2202.

16      6.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c); and 1400(b)

17   because, on information and belief, GuideTech's principal place of business is in this District,

18   GuideTech does business in this District, and a substantial part of the events giving rise to the

19   claims at issue occurred in this District.

20

**THE GUIDETECH PATENTS**

21      7.      The '671 patent issued on July 18, 2000, on an application filed on July 14, 1999,

22   and is entitled "Time Interval Analyzer Having Interpolator With Constant Current Capacitor

23   Control."  A true and correct copy of the '671 patent is attached hereto as Exhibit A.

24      8.      The '649 patent issued on January 30, 2001, on an application filed on July 14,

25   1999, and is entitled "Time Interval Analyzer Having Current Boost."  A true and correct copy of

26   the '649 patent is attached hereto as Exhibit B.

27

28

COMPLAINT FOR DELARATORY JUDGMENT      2

9.    The '231 patent issued on May 1, 2001, on an application filed on July 14, 1999, and is entitled "Time Interval Analyzer Having Multiple Measurement Circuits." A true and correct copy of the '231 patent is attached hereto as Exhibit C.

10.    The '959 patent issued on September 24, 2002, on an application filed on July 14, 1999, and is entitled "Time Interval Analyzer Having Parallel Counters." A true and correct copy of the '959 patent is attached hereto as Exhibit D.

11.    The '767 patent issued on September 16, 2003, on an application filed on July 14, 1999, and is entitled "Time Interval Analyzer Having Real Time Counter." A true and correct copy of the '767 patent is attached hereto as Exhibit E.

12.    The '382 patent issued on February 14, 2006, on an application filed on April 30, 2003, and is entitled "Signal Splitting System and Method for Enhanced Time Measurement Device Operation." A true and correct copy of the '382 patent is attached hereto as Exhibit F.

13.    The '610 patent issued on April 10, 2007, on an application filed on August 31, 2004, and is entitled "System and Method of Obtaining Data-Dependent Jitter (DDJ) Estimates From Measured Signal Data." A true and correct copy of the '610 patent is attached hereto as Exhibit G.

## EXISTENCE OF AN ACTUAL CONTROVERSY

14.    On or about November 4, 2009, Brilliant received a letter dated November 3, 2009, via Federal Express from attorneys for GuideTech, accusing Brilliant of infringing the GuideTech Patents and threatening litigation for patent infringement. A true and correct copy of the letter is attached hereto as Exhibit H.

15.    GuideTech has orally accused Brilliant of infringing GuideTech's patents and has threatened litigation, and on information and belief, GuideTech has advised Brilliant's customers that Brilliant infringes GuideTech patents and that litigation is likely.

16.    Plaintiff Brilliant has not infringed and does not infringe, either directly or indirectly, any valid and enforceable claim of the GuideTech patents.

COMPLAINT FOR DELARATORY JUDGMENT                3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT I

### (Declaration of Non-infringement of U.S. Patent No. 6,091,671)

18.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as though fully set forth herein.

19.    Plaintiff has not infringed and does not infringe, directly or indirectly, any valid and enforceable claim of the '671 patent.

20.    As a result of the acts described in the foregoing paragraphs, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

21.    A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its rights regarding the '671 patent.

## COUNT II

### (Declaration of Non-infringement of U.S. Patent No. 6,181,649)

22.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as though fully set forth herein.

23.    Plaintiff has not infringed and does not infringe, directly or indirectly, any valid and enforceable claim of the '649 patent.

24.    As a result of the acts described in the foregoing paragraphs, there exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

25.    A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its rights regarding the '649 patent.

## COUNT III

### (Declaration of Non-infringement of U.S. Patent No. 6,226,231)

26.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as though fully set forth herein.

27.    Plaintiff has not infringed and does not infringe, directly or indirectly, any valid and enforceable claim of the '231 patent.

1     28.    As a result of the acts described in the foregoing paragraphs, there exists a

2  substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory

3  judgment.

4     29.    A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its

5  rights regarding the '231 patent.

6                              **COUNT IV**

7         **(Declaration of Non-infringement of U.S. Patent No. 6,456,959)**

8     30.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as

9  though fully set forth herein.

10    31.    Plaintiff has not infringed and does not infringe, directly or indirectly, any valid

11  and enforceable claim of the '959 patent.

12    32.    As a result of the acts described in the foregoing paragraphs, there exists a

13  substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory

14  judgment.

15    33.    A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its

16  rights regarding the '959 patent.

17                              **COUNT V**

18         **(Declaration of Non-infringement of U.S. Patent No. 6,621,767)**

19    34.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as

20  though fully set forth herein.

21    35.    Plaintiff has not infringed and does not infringe, directly or indirectly, any valid

22  and enforceable claim of the '767 patent.

23    36.    As a result of the acts described in the foregoing paragraphs, there exists a

24  substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory

25  judgment.

26    37.    A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its

27  rights regarding the '767 patent.

28

1 **COUNT VI**

2 **(Declaration of Non-infringement of U.S. Patent No. 6,999,382)**

3 38. Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as

4 though fully set forth herein.

5 39. Plaintiff has not infringed and does not infringe, directly or indirectly, any valid

6 and enforceable claim of the '382 patent.

7 40. As a result of the acts described in the foregoing paragraphs, there exists a

8 substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory

9 judgment.

10 41. A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its

11 rights regarding the '382 patent.

12 **COUNT VII**

13 **(Declaration of Non-infringement of U.S. Patent No. 7,203,610)**

14 42. Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 above as

15 though fully set forth herein.

16 43. Plaintiff has not infringed and does not infringe, directly or indirectly, any valid

17 and enforceable claim of the '610 patent.

18 44. As a result of the acts described in the foregoing paragraphs, there exists a

19 substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory

20 judgment.

21 45. A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its

22 rights regarding the '610 patent.

23 **PRAYER FOR RELIEF**

24 WHEREFORE, Plaintiff respectfully requests that judgment be entered in its favor and

25 prays that the Court grant the following relief:

26 A. A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

27 and enforceable claim of the '671 patent;

28

COMPLAINT FOR DELARATORY JUDGMENT 6

1       B.    A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

2  and enforceable claim of the '649 patent;

3       C.    A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

4  and enforceable claim of the '231 patent;

5       D.    A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

6  and enforceable claim of the '959 patent;

7       E.    A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

8  and enforceable claim of the '767 patent;

9       F.    A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

10  and enforceable claim of the '382 patent;

11       G.    A declaration that Plaintiff has not infringed, either directly or indirectly, any valid

12  and enforceable claim of the '610 patent;

13       H.    An order declaring that Plaintiff is the prevailing party and that this is an

14  exceptional case, awarding Plaintiff its costs, expenses, disbursements, and reasonable attorneys'

15  fees under 35 U.S.C. § 285 and all other applicable statutes, rules and common law; and

16       I.    Such other and further relief as this Court may deem just and proper.

17

18                           **JURY DEMAND**

19      Plaintiff hereby respectfully demands a trial by jury on all issues and claims so triable.

20

21

22  Dated: November 20, 2009             SILICON EDGE LAW GROUP LLP

23

24                            By:                              

                                         Thomas W. Lathram (SBN 59639)

25

26                          Attorneys for Plaintiff

                          BRILLIANT INSTRUMENTS, INC.

27

28

# EXHIBIT A

Case 4:09-cv-05517-CW   Document

US006091671A

## United States Patent [19]

### Kattan

[11] **Patent Number:** **6,091,671**

[45] **Date of Patent:** **Jul. 18, 2000**

[54] **TIME INTERVAL ANALYZER HAVING INTERPOLATOR WITH CONSTANT CURRENT CAPACITOR CONTROL**

[75] Inventor: **Shalom Kattan**, Campbell, Calif.

[73] Assignee: **Guide Technology, Inc.**, Sunnyvale, Calif.

[21] Appl. No.: **09/354,352**

[22] Filed: **Jul. 14, 1999**

[51] **Int. Cl.$^7$** ............................... **G04F 8/00**; G04F 10/00; H03B 3/46

[52] **U.S. Cl.** ........................... **368/113**; 368/121; 370/516; 375/371

[58] **Field of Search** ...................................... 368/113, 118, 368/121; 370/486, 516; 375/224, 226, 228, 371

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,790,890 | 2/1974 | Docttau | 368/121 |
| 4,301,360 | 11/1981 | Blair | 368/121 |
| 4,757,452 | 7/1988 | Scott et al. | |
| 4,916,411 | 4/1990 | Lymer | |
| 5,566,180 | 10/1996 | Eidson et al. | |
| 5,613,496 | 3/1997 | Arand et al. | |
| 5,790,480 | 7/1998 | Klatser | 368/121 |
| 5,883,924 | 3/1999 | Siu et al. | |

#### OTHER PUBLICATIONS

"A High–Precision Time–to–Digital Converter for Pulsed Time–of–Flight Laser Radar Applications", pp. 521–536, Määttä and Kostamovaara, *IEEE Transactions on Instrumentation and Measurement*, vol. 47, No. 2, Apr., 1998.

"Universal Counter Resolves Picoseconds in Time Interval Measurements", pp. 2–11, and "Time Synthesizer Generates Precise Pulse Widths and Time Delays for Critical Timing Application", pp. 12–19, *Hewlett–Packard Journal* Aug., 1978, Palo Alto, CA.

Hewlett–Packard Application Note 358–2—"HP 5371A Frequency and Time Interval Analyzer, Jitter and Wander Analysis in Digital Communications", pp. 1–20, Jun., 1988, Palo Alto, CA.

Hewlett–Packard Application Note 200, Electronic Counter Series—"Fundamentals of the Electronic Counters", 1997, Palo Alto, CA.

"Technical Resources", http://wavecrestcorp.com/Technical/Jitter.html, 1998–1999.

"A Continuous Time Stamping Time Digitizer Architecture for High Energy Physics Applications", Gorbics, et al., Chestnut Ridge, NY, Oct., 1996, 5 pages.

"The Time Marker Data Acquisition System for Belle an Example of the LeCroy–Laboratory Collaboration Program", Blanar and Sumner, Chestnut Ridge, NY, Oct., 1996, 6 pages.

(List continued on next page.)

*Primary Examiner*—Vit Miska
*Attorney, Agent, or Firm*—Dority & Manning, P.A.

[57] **ABSTRACT**

A time interval analyzer for measuring time intervals between events in an input signal includes a trigger circuit that receives an input signal and that outputs a trigger signal at a triggering level upon occurrence of the event. A first current circuit has a constant current source or a constant current sink. A second current circuit has (1) a current sink where the first current circuit has a constant current source or (2) a current source where the first current circuit has a constant current sink. A capacitor and a shunt are operatively disposed in parallel with respect to the first current circuit. The shunt is disposed between the first current circuit and the second current circuit. The shunt receives the trigger signal and is selectable between conducting an non-conducting states between the first current circuit and the second current circuit, depending upon the trigger signal, so that the shunt is driven to the conducting state from the non-conducting state upon receiving the trigger signal at the triggering level.

**23 Claims, 8 Drawing Sheets**



**6,091,671**

Page 2

OTHER PUBLICATIONS

"A High Resolution Multihit Time–to–Digital Converter Integrated Circuit", Gorbics, et al., Chestnut Ridge, NY, Nov., 1996, 7 pages.

"LeCroy MQT300 Charge–to–Time Converter", Yamrone, et al., Chestnut Ridge, NY, Nov., 1996, 3 pgs.

"A 9U VME 96–Channel Time–to–Digital Converter Module", Uhmeyer, et al., Chestnut Ridge, NY, Oct., 1996, 6 pages.

"New Techniques for Measuring Time Intervals with Very High Resolution", Sumner and Blanar, Aug. 1996, 7 pages.

Wavecrest Corporation DTS 2070/2075 Time Measuring Device Block Diagram.



**FIG. 1**



## FIG. 2



## FIG. 3
### PRIOR ART



*FIG. 4A*



*FIG. 4B*



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



## FIG. 10



## FIG. 11

6,091,671

1

## TIME INTERVAL ANALYZER HAVING INTERPOLATOR WITH CONSTANT CURRENT CAPACITOR CONTROL

### BACKGROUND OF THE INVENTION

In general, an integrated circuit refers to an electrical circuit contained on a single monolithic chip containing active and passive circuit elements. As should be well understood in this art, integrated circuits are fabricated by diffusing and depositing successive layers of various materials in a preselected pattern on a substrate. The materials can include semiconductive materials such as silicon, conductive materials such as metals, and low dielectric materials such as silicon dioxide. The semiconductive materials contained in integrated circuit chips are used to form almost all of the ordinary electronic circuit elements, such as resistors, capacitors, diodes, and transistors.

Integrated circuits are used in great quantities in electronic devices such as digital computers because of their small size, low power consumption and high reliability. The complexity of integrated circuits range from simple logic gates and memory units to large arrays capable of complete video, audio and print data processing. Presently, however, there is a demand for integrated circuit chips to accomplish more tasks in a smaller space while having even lower operating voltage requirements.

Currently, the semiconductor industry is focusing its efforts on reducing dimensions within each individual integrated circuit in order to increase speed and to reduce energy requirements. The demand for faster and more efficient circuits, however, has created various problems for circuit manufacturers. For instance, a unique problem has emerged in developing equipment capable of testing, evaluating and developing faster chips. Timing errors and pulse deviations may constitute a greater portion of a signal period at higher speeds. As such, a need exists not only for devices capable of detecting these errors but also devices capable of characterizing and identifying the errors.

In the past, electronic measurement devices have been used to test integrated circuits for irregularities by making frequency and period measurements of a signal output from the circuit. Certain devices, known as time interval analyzers, can perform interval measurements, i.e. measurements of the time period between two input signal events, and can totalize a specific group of events. A time interval analyzer generally includes a continuous time counter and a continuous event counter. Typically, the device includes a measurement circuit on each of a plurality of measurement channels. Each channel receives an input signal. By directing a signal across the channels to a given measurement circuit so that the circuit receives two input signals, the circuit is able to measure the time interval between two events in the signals. Such devices are capable of making millions of measurements per second.

Measurement devices based exclusively on counters, however, are unable to directly measure time intervals. In very general terms, a counter refers to an electronic device that counts events, for example pulses, on an input signal. The measurement device also typically includes a frequency standard or clock to measure the time period during which the counter is activated. Thus, the measurement device measures the number of input signal events that occur over a known time period and, therefore, measures the frequency of the events. In other words, clocks contained in counters generate a signal at a known frequency which is then used to measure the frequency of other signals.

2

By measuring certain characteristics of a signal emitted by an integrated circuit, time interval analyzers and counter-based measurement devices can be used to detect timing errors that may be present within the circuit. This information can then be used to assist in developing an integrated circuit or for detecting defects in mass-produced circuits.

Timing errors on integrated circuit signals are generally referred to as "jitter." Jitter, broadly defined as a deviation between a real pulse and an ideal pulse, can be a deviation in amplitude, phase, and/or pulse width. Jitter typically refers to small, high frequency waveform variations caused by mechanical vibrations, supply voltage fluctuations, control-system instability and the like.

Instruments such as time interval analyzers, counter-based measurement devices and oscilloscopes have been used to measure jitter. In particular, time interval analyzers can monitor frequency changes and frequency deviation over time. In this manner, they not only detect jitter, but can also characterize jitter so that its source can be determined. Generally, however, conventional devices, including time interval analyzers, are too slow to provide reliable measurements at the speed and frequency of high-speed integrated circuits.

### SUMMARY OF THE INVENTION

The present invention recognizes and addresses the foregoing considerations, and others, of prior art constructions and methods.

Some of these objects are achieved by a time interval analyzer for measuring time intervals between events in an input signal. The analyzer includes a trigger circuit that receives the input signal and that outputs a trigger signal at a triggering level upon occurrence of the event. A first current circuit has a constant current source or a constant current sink. A second current circuit has (1) a current sink where the first current circuit has a constant current source or (2) a current source where the first current circuit has a constant current sink. A capacitor and a shunt are operatively disposed in parallel with respect to the first current circuit. The shunt is disposed between the first current circuit and the second current circuit. The shunt receives the trigger signal and is selectable between conducting and non-conducting states between the first current circuit and the second current circuit, depending upon the trigger signal, so that the shunt is driven to the conducting state from the non-conducting state upon receiving the trigger signal at the triggering level.

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate one or more embodiments of the invention and, together with the description, serve to explain the principles of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

A full and enabling disclosure of the present invention, including the best mode thereof, directed to one of ordinary skill in the art, is set forth in the specification, which makes reference to the appended drawings, in which;

FIG. 1 is a block-diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 2 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 3 is an electrical schematic illustration of a prior art time interval analyzer;

**3**

FIGS. 4A and 4B are an electrical schematic illustration of an interpolator for use in a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 5 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 6 is a block diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 7 is a block diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 8 is a block diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 9 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 10 is a block-diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention in association with a global positioning system; and

FIG. 11 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention.

Repeat use of reference characters in the present specification and drawings is intended to represent same or analogous features or elements of the invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to presently preferred embodiments of the invention, one or more examples of which are illustrated in the accompanying drawings. Each example is provided by way of explanation of the invention, not limitation of the invention. In fact, it will be apparent to those skilled in the art that modifications and variations can be made in the present invention without departing from the scope and spirit thereof. For instance, features illustrated or described as part of one embodiment may be used on another embodiment to yield a still further embodiment. Thus, it is intended that the present invention covers such modifications and variations as come within the scope of the appended claims and their equivalents.

### The Time Interval Analyzer

Referring to FIG. 1, a time interval analyzer 10 includes two channels indicated at 12 and 14. Each channel includes a control computer 16, for example a 200 MHz DSP processor, with associated memory 18, for example a high-performance FIFO memory, and a logic circuit 20. Alternatively, the channels may share a common computer, memory and logic circuit, which may be collectively referred to as a processor circuit. Each channel, in turn, includes parallel measurement circuits having comparators 22a and 22b, multiplexers 24a and 24b and interpolators 26a and 26b. That is, each channel includes multiple, in this case two, measurement circuits. An arming circuit 28 is controlled by computer 16 to trigger the interpolators. A continuous time counter 30 and continuous event counter 32 provide time and event counts to both channels 12 and 14. Alternatively, each measurement circuit may have its own time counter and event counter, provided that the respective counters for each measurement circuit are synchronized.

**4**

Channels 12 and 14 are mirror images of each other. Thus, while the following discussion is directed primarily to channel 12, it should be understood that the construction of channel 14 is the same.

As indicated in the Background section above, the present invention is directed to a time interval analyzer for measuring one or more desired characteristics of an input signal. Preferably, the device is configured to measure signals having frequencies up to approximately 1 GHz. Thus, preferred embodiments employ ECL components, although it should be understood that CMOS components may be used where capable of propagating signals at adequate speeds for measuring such high-frequency signals.

Referring to channel 12, an input signal $A_{in}$ is directed on a signal line 34 to the positive inputs of comparators 22a and 22b. Preferably, the comparators are high-speed ECL devices such as MC10E1652 comparators from Motorola. Each comparator compares $A_{in}$ to reference voltages VRef1 and VRef2, respectively, so that the output of each comparator changes state as $A_{in}$ moves above and below the reference voltage. The values of VRef1 and VRef2 depend, generally, on the construction of the comparators. For example, ECL signals typically range between −0.8V and −1.8V. VRef1 and VRef2 may therefore be set to the mid-point of this range.

The reference voltages may also, however, vary from each other. For example, comparators 22a and 22b typically include hysteresis to avoid false triggers. That is, assuming that Vref1 and Vrefz are both equal to 1V, comparators 22a and 22b might go high when $A_{in}$ rises above 1.25V and low when $A_{in}$ drops below 0.75V. Where VRef1 and VRef2 are respectively set to 0.75V and 1.25V, however, as shown in FIG. 2, the output of comparator 22a goes high when the rising edge of $A_{in}$ rises above 1V and low when the falling edge of $A_{in}$ falls below 0.5V. The output of comparator 22b goes high when the rising edge of $A_{in}$ rises above 1.5V and low when the falling edge of $A_{in}$ drops below 1V. Accordingly, comparators 22a and 22b combine to precisely detect the rising and falling edges of $A_{in}$ at 1V while maintaining their hysteresis protection against false triggers.

As indicated in FIG. 2, comparators 22a and 22b output binary signals having rising edges at the rising edges of $A_{in}$. These binary signals are output to multiplexers 24a and 24b. As discussed below, each multiplexer in the illustrated preferred embodiment has four inputs. For purposes of the present discussion, however, it is assumed that the multiplexers gate the comparator outputs, in their positive, inverse or differential forms, to interpolators 26a and 26b.

Arming circuit 28 triggers the interpolators. Once triggered, each interpolator determines the time between receipt of the next rising edge on the signal from its comparator and a known time reference, for example a rising edge of some subsequent clock pulse provided by the time base. As should be understood in this art, the time base may be provided by a quartz crystal oscillator, for example at a period of 20 ns.

The time measurement is based on the charge or discharge rate of a capacitor within the interpolator. Following arming of the interpolator, the next rising edge from the comparator begins the capacitor's charge or discharge. The subsequent clock pulse edge, however, stops the charge or discharge so that the voltage at the capacitor reflects the time between the signal's rising edge and the clock pulse. That is, the capacitor voltage comprises a time signal that corresponds to the occurrence of the signal edge to a predetermined time reference.

6,091,671

**5**

The interpolator outputs the time signal to computer **16** and notifies logic circuit **20**, primarily comprised of a field programmable gate array (FPGA), that a measurement has occurred. The FPGA also receives the output of continuous time counter **30** and continuous event counter **32**. The time counter is embodied entirely by the FPGA and is driven by the time base to count time base pulses. Assuming a 20 ns time base, time counter **30** is a 50 MHz counter. As discussed in more detail below, however, the event counter is comprised of multiple counters, including two parallel ECL 8-bit counters and a 37-bit counter embodied by logic circuit **20**, that are driven by the signal passed from the multiplexer so that the event counter sequentially counts pulses in the multiplexer signal. Although a single time counter and a single event counter are illustrated in FIG. 1, it should be understood that a counter pair may be provided for each channel **12** and **14**.

At the next time base clock pulse after receiving notification that the interpolator has measured a signal edge, the logic circuit (1) instructs the computer to read the interpolator measurement from the measurement capacitor and (2) reads the time and event counts from counters **30** and **32**. It then downloads the time and event counts to memory **18**, from which computer **16** retrieves the information to assign to the signal measurement. In this manner, the processor circuit correlates the measured signal edge with time and event measurements from the counters. Thus, a "measurement tag" indicates the time the signal edge occurred and the edge's position within the sequence of edges. In a preferred embodiment, the time count is calibrated to a predetermined time reference so that the measurement tag reflects the real time at which the rising signal edge occurred.

The first measurement circuit **22a–26a/20** may be referred to as the "start" measurement circuit, while the second measurement circuit **22b–26b/20** may be referred to as the "stop" measurement circuit. Generally, time interval analyzer **10** measures characteristics of a desired signal by comparing the time and/or event measurements of the start circuit with that of the stop circuit. The particular measurement depends upon the signal selected at multiplexers **24a** and **24b** and upon the manner in which arming circuit **28** arms the interpolators. For example, if the start circuit multiplexer passes the $A_{in}$ signal from comparator **22a** as shown in FIG. 1, if the stop circuit multiplexer passes the inverse of the $A_{in}$ signal from comparator **22b**, and if interpolator **22b** is armed immediately following interpolator **26a**, but before the expiration of a period equal to the input signal pulse width, the difference between the time portions of the start and stop measurement tags is equal to the pulse width. A more detailed discussion regarding how measurements may be selected is provided below.

The logic circuit outputs to FIFO memory **18** at each clock pulse. Control computer **16** repeatedly reads the memory to perform a desired analysis and/or to display the measured information at a display device **150**, for example a video monitor. The control computer also controls the arming circuit and the multiplexer inputs to effect a desired measurement.

As should be understood in this art, the FPGA of logic circuit **20** is a programmable device having a multitude of transistors that can be selectively connected using synthesizer software such as VHDL. That is, once the FPGA's desired functions are known, they can be entered into the software which, in turn, controls a suitable device to program the FPGA to perform these functions. It should be within the skill of one of ordinary skill in this art to program an FPGA in accordance with the present invention in light of

**6**

the present discussion, and a particular FPGA configuration is therefore not discussed in detail herein.

The arrangement illustrated in FIG. 1 may also be used to compare characteristics of input signals $A_{in}$ and $B_{in}$. Because these signals are processed on separate channels, error induced by crosstalk and cross-channel switching circuitry is reduced. A "channel" as referred to herein includes one or more parallel measurement circuits, each of which may be driven by an external signal received from the same input port on the time interval analyzer. However, signals may cross from one channel to another to be used as desired in a given measurement. Preferably, the channels are isolated from each other except for the cross signals, and each channel has its own power supply.

As described above, the interpolator's time period measurement is related to the charge or discharge of a capacitor. FIG. 3 provides a prior art arrangement for effecting a time period measurement using a capacitor. Generally, a capacitor **35** is discharged by a differential transistor pair **36** that is, in turn, controlled by the input signal $A_{in}$ and its inverse $A_{in}^{-1}$ provided on lines **38** and **40**. Prior to a measurement, $A_{in}$ is low, and $A_{in}^{-1}$ is high. Thus, transistor **42** is off, and transistor **44** is on. A constant current source **46** therefore draws current through transistor **44** but not through transistor **42**.

A positive edge of input signal $A_{in}$, however, reverses the states of transistors **42** and **44**. Constant current source **46** then draws current through transistor **42**, thereby discharging capacitor **34**. At the end of the pulse, lines **38** and **40** and transistors **42** and **44** return to their original states, thereby ending the discharge of capacitor **35**. The decrease in the capacitor's voltage is proportional to the time transistor **42** was activated and, therefore, the period of the signal pulse. A control circuit **47** driven by the signal on line **40** measures the voltage across capacitor **35** at the end of the pulse on lines **38** and **40**. Since the capacitor's original voltage is known, the change in voltage indicates the pulse length.

The circuit must then drive capacitor **35** back to its original voltage level. The input signal, through control circuit **47**, controls a FET **48** that gates a reference voltage $V_K$ to capacitor **35**. Normally, the control circuit activates the FET so that reference voltage $V_K$ is constantly applied to the capacitor, thereby maintaining the capacitor in a charged state. When a pulse is received on lines **38** and **40**, the signal's state change causes control circuit **47** to close the FET. At the end of the pulse, the FET is reopened.

FET **48** introduces error to the interpolator measurement. For example, the switching of the FET must be closely synchronized to the input signal pulse and, even where synchronized, injects an error current into the capacitor discharge. Further, the FET typically exhibits some leakage from reference voltage $V_K$ into the capacitor.

### The Interpolator

#### 1. The Trigger Circuit

Referring now to FIGS. 4A and 4B (hereafter collectively referred to as FIG. 4), an interpolator **26** according to one preferred embodiment of the present invention includes a trigger circuit having three flip flops **102**, **104** and **106**. As should be well understood in this art, a flip flop gates its D input to its Q output, and the inverse of the D input to its $Q^{-1}$ output, at each rising edge of its clock input. For example, the D input to flip flop **102** is an output signal **50** received from arming circuit **28** (FIG. 1). Prior to enabling a measurement, the arming signal **50** is low. Thus, regardless of the flip flop's clock input, the Q and $Q^{-1}$ outputs are low and high, respectively.

**7**

As indicated in the figure, the flip flop clock inputs are differential signals. That is, each input is equal to the difference between the clock input signal and the inverse of the clock input signal. As should be understood in this art, this reduces the effect of signal noise, which would be present on both lines, and is a typical signal format for use with ECL components. Thus, if the input signal is 0, the differential input is −0.8V. If the input signal is 1, the differential input is 0.8V. For ease of explanation, differential inputs indicated in the figures may be referred to in the present description simply as an input signal.

When the arming circuit outputs an enabling signal on line **50** (that is, when the signal on line **50** goes high), the Q and $Q^{-1}$ outputs of flip flop **102** remain low and high, respectively, until the flip flop receives a rising edge at its clock input. The clock input is the differential signal from multiplexer **24a** ($A_{in}$ and $A_{in}^{-1}$ where the time interval analyzer's input signal $A_{in}$ is selected at the multiplexer). Thus, the flip flop **102**'s $Q/Q^{-1}$ output changes state at the first rising edge of the input signal $A_{in}$ that follows the enabling signal from the arming circuit. This is the signal edge to which the measurement circuit assigns a measurement tag and is hereafter referred to as the "measured edge."

The differential output signal formed by the Q and $Q^{-1}$ outputs of flip flop **102** is directed to arming circuit **28** (FIG. 1) on lines **52** and **54** to potentially trigger the parallel measurement circuit **22b–26b/20** (FIG. 1) and to instruct the logic circuit to assign the event portion of the measurement tag, as described in more detail below. The $Q/Q^{-1}$ output is also directed to a differential AND gate **108** that controls the discharge of the interpolator's measurement capacitor.

Furthermore, the differential output from flip flop **102** is directed to a buffer **146** and thereafter to an op amp **148** that amplifies the signal and outputs to an analog-to-digital converter (not shown). Control computer **16** (FIG. 1) reads the converter and drives display device **150** to display a message indicating that a measurement has occurred.

The Q output of flip flop **102** is directed to the D input of flip flop **104**. Since flip flop **102**'s Q output is low until the measured edge, flip flop **104**'s $Q/Q^{-1}$ output is low/high until the D input receives this edge. In other words, the measured edge enables flip flop **104**. Flip flop **104**'s clock signal is the differential time base clock signal at lines **56** and **58**. Thus, the flip flop's Q and $Q^{-1}$ outputs change state at the rising clock edge that follows the measured edge.

The differential output formed by the Q and $Q^{-1}$ outputs of flip flop **104** is directed to an ECL/TTL converter **110** that outputs a TTL signal corresponding to the flip flop's differential output on line **60** to logic circuit **20** (FIG. 1). The output of flip flop **104**, as converted to a TTL level on line **60**, enables the logic circuit to assign the time portion of the measurement tag, as discussed below.

The third flip flop **106** receives the Q output from flip flop **104** as its D input. Thus, it is enabled at the occurrence of the first time base clock pulse following the measured edge. Its clock input is also the time base clock signal on lines **56** and **58**. Accordingly, its Q and $Q^{-1}$ outputs change state upon the rising edge of the second clock pulse following the measured edge.

FIG. **5** illustrates the trigger circuit's operation with respect to the arming circuit enabling signal, the selected input signal from multiplexer **24a**, and the time base clock signal. Prior to a pulse **62** on line **50** from the arming circuit, the Q output of each flip flop **102**, **104** and **106** is low. At the rising edge of pulse **62**, however, flip flop **102** enables. At the rising (measured) edge of the following input signal

**8**

pulse, indicated at **64**, flip flop **102**'s Q and $Q^{-1}$ outputs change state, enabling flip flop **104** and beginning the discharge of the interpolator's measurement capacitor. At the rising edge of the following time base clock pulse, indicated at **66**, flip flop **104**'s Q and $Q^{-1}$ outputs change state, and flip flop **106** enables. At the rising edge of the next time base clock pulse, indicated at **68**, flip flop **106**'s Q and $Q^{-1}$ outputs change state, completing the capacitor's discharge.

Thus, the interpolator's measurement capacitor discharges during a period A between the rising edge of pulse **64** (the measured edge) and the rising edge of pulse **68**. In general, the interpolator measures the period between the measured edge and some subsequent reference event, such as a time base clock pulse. Thus, the measurement period could be the period B between the measured edge and the rising edge of pulse **66**. Measurement A, however, assures that there will be a measurable voltage difference across the measurement capacitor. For example, if the circuit were configured so that the capacitor discharged only between the rising edges of pulses **64** and **66**, there would be no discharge where the pulses occurred at the same instant. Using the additional flip flop stage to extend the measurement period to the second clock pulse assures that the capacitor will discharge for at least one clock period.

Returning to FIG. 4, the differential inputs to AND gate **108** are the $Q/Q^{-1}$ output of flip flop **102** and the inverse $Q/Q^{-1}$ output of flip flop **106**. Thus, before flip flop **102** triggers, the AND gate sees a low signal from flip flop **102** and a high signal from flip flop **106**, and the gate's output is therefore low. When flip flop **102** triggers at the measured edge, both inputs to the AND gate are high, and its output therefore goes high. As indicated in FIG. **5** and as discussed below, this begins the measurement capacitor's discharge. When the output from flip flop **106** goes high at the rising edge of the second clock pulse, the inverse input to the AND gate goes low, and the gate's output goes low, thereby ending the capacitor's discharge.

2. The Shunt Circuit

The output from AND gate **108** is a differential signal on lines **70** and **72** that controls a shunt circuit that includes a differential pair **112** having a pair of high-frequency microwave transistors **74** and **76**. Normally, the shunt circuit presents an open circuit to the measurement capacitor at transistor **74** and allows current to pass through transistor **76**. More specifically, when the AND gate output is low, the signal on line **72** is high, and the signal on line **70** is low. Thus, transistor **74** is deactivated, and transistor **76** is activated.

Differential pair **112** feeds to a constant current source established by a stable voltage source and a resistor. The voltage source is comprised of a 2.5 V reference chip (for example a MAX6225 voltage reference available from Maxim Integrated Products, Inc. of Sunnyvale, Calif.) that outputs to an op-amp **116** that, in turn, controls an npn transistor to maintain a stable 2.5V level above a 100 ohm low thermal coefficient resistor **80**. The npn transistor arrangement could be replaced by a FET arrangement, as should be understood by those skilled in this art. The 2.5V level across resister **80** draws a 25 milliamp (ma) current through differential pair **112**. When transistor **76** is on, and transistor **74** is off, current is drawn from a 5V source $V_{cc}$ through transistor **76**.

A diode bridge **118** is disposed upstream from transistor **74**. A 3.75V level is maintained at intermediate pin **2** of bridge **118** on line **82** through op amps **120** and **122**. Line **82**

**9**

is received from control computer **16** (FIG. 1), which maintains the 3.75V level by software.

Op amp **120** also maintains a 3.75V level at intermediate pin **3** of a diode bridge **124**. Pin 3 connects through a diode **84** and output pin 1 to a 1 ma current sink formed by 2.5V source **114**, an op amp **126** and an npn transistor **86** that maintains a 2.5 V level above a 2.49 kohm low thermal coefficient resistor **128**.

A 1 ma current is applied to input pin 4 of bridge **124** by a constant current source comprised of a 2.5 V reference **130** (for example a MAX6125 voltage reference available from Maxim Integrated Products) driven by a floating reference $V_p$ an op amp **88**, a 2.49 kohm low thermal coefficient resister **132** and a 0.01 microF capacitor **90**.

The 1 ma current into input pin 4 of bridge **124** may pass through either or both of diodes **92** and **94**, depending on the voltage levels at intermediate pins **2** and **3**. As described above, pin 3 is held at 3.75 V. If the voltage across a 560 picoF capacitor **96** (the interpolator's measurement capacitor) is less than 3.75V, the 1 ma current passes through diode **94** and charges the capacitor. When the voltage across the capacitor reaches 3.75 V, however, pins **2** and **3** of diode bridge **124** are balanced, and the current splits between diodes **92** and **94**, and between diodes **84** and **98**, to the 1 ma current sink at output pin 1. That is, when the voltage level at pin **2** is less than the level at pin **3**, capacitor **96** charges through diode **94** from the 1 ma current source established by reference **130** while the current sink established by reference **114** draws through diode **84** from the 3.75V source. When capacitor **96** fully charges to 3.75V, pins **2** and **3** balance, and the entire 1 ma current from the reference **130** source passes evenly through the two halves of bridge **124** to the current sink. Should capacitor **96** leak, the voltage at pin **2** of bridge **124** drops slightly, and current is drawn through diode **94** from the 1 ma source driven by reference **130** to recharge the capacitor to the 3.75V level.

Thus, while the output of AND gate **108** remains low, bridge **124** and the current source driven by voltage source **130** maintain measurement capacitor **96** at 3.75V. When the AND gate output goes high, however, the level on lines **70** and **72** change state, activating transistor **74** and deactivating transistor **76**. The 25 ma current sink driven by voltage reference **114** and resistor **80** then draws 25 ma through transistor **74**, allowing capacitor **96** to discharge through transistor **74**. As the capacitor discharges, the voltage level at pin **2** of diode bridge **124** drops, causing current from the 1 ma source driven by voltage reference **130** to pass through diode **94** and transistor **74** to the 25 ma sink. Thus, the current sink draws 24 ma from capacitor **96**.

Capacitor **96** continues to discharge until the output of AND gate **108** returns low. This causes transistor **74** to turn off, thereby blocking the capacitor's discharge path. Thus, the shunt circuit changes from a non-conducting state between the constant current source and the current sink to a conducting state, and vise-versa, responsively to the trigger circuit to define a discharge period for measurement capacitor **96**.

It should be understood, however, that the circuitry could be configured to normally maintain capacitor **96** in a discharged state, wherein the trigger circuit controls the shunt circuit to charge the capacitor during the measurement period so that the charge increase across the capacitor corresponds to the measurement period. In such a configuration, npn transistors **74** and **76** are replaced by pnp transistors, and the transistor pair is disposed between a 1 ma constant current sink and a 25 ma current source. The

**10**

measurement capacitor is connected to the constant current sink so that the transistor pair and the capacitor form parallel inputs to the constant current sink. Normally, the transistor between the 25 ma source and the 1 ma constant sink is off, and the capacitor discharges to the sink. The 25 ma current flows through the second transistor to a resistor or other suitable circuitry. Upon receiving the trigger signal at a triggering level, however, the first transistor activates, directing 1 ma to the constant sink and 24 ma to the capacitor. When the transistor pair switches back to its original state at the measurement's end, the increased voltage across the capacitor corresponds to the measurement period.

Accordingly, in either of the discharge embodiment (FIG. 4) or the charge embodiment described above, there is a first current circuit that is either a constant current source or a constant current sink. The transistor pair and the measurement capacitor are disposed in parallel with respect to the first current circuit. A second current circuit is (1) a current sink where the first current circuit is a constant current source or (2) a current source where the second current circuit is a constant current sink.

3. The Edge Measurement

As indicated in the discussion above with respect to FIG. **5**, capacitor **96** discharges for a period of from one to two time base clock periods. Following the rising edge of the time base clock pulse that returns AND gate **108** to its low output (pulse **68** in FIG. **5**), control computer **16** (FIG. 1) reads the voltage level on capacitor **96** from a fourteen-bit analog-to-digital converter (not shown) from a line **100**. A 400 MHz FET input op amp **134** (for example an OPA655 available from Burr-Brown Corporation of Tucson, Ariz.) amplifies and outputs the capacitor's voltage to the analog-to-digital converter over line **100**.

The logic circuit downloads the time and event portions of the measurement tag to the computer so that the occurrence of the rising edge of pulse **64** is measured with respect to a known time reference and is identified in numerical position. As discussed above, and referring also to FIGS. 1 and **5**, the output of ECL/TTL converter **110** notifies logic circuit **20** at the rising edge of clock pulse **66**, when the output of flip flop **104** changes state, that a measurement is occurring. The logic circuit then reads the time counter and downloads the time count and the event count to FIFO memory **18**. The propagation delay in making the counter reading is approximately three clock pulses. That is, the actual time counter reading corresponds to the third clock pulse following pulse **66**. However, this delay is consistent and also appears in measurements made by the stop measurement circuit. Thus, where real time measurements are desired, the continuous time counter may be calibrated to account for the delay. Where the device is used to measure the period between start and stop measurements, the delay is subtracted out.

Control Computer **16** repeatedly reads memory **18**. Upon receiving the time tag information, the computer knows a measurement has occurred and therefore reads the voltage across capacitor **96** through the analog-to-digital converter (not shown) and op amp **134**. Accordingly, the computer knows (1) the period between the rising edges of pulses **64** and **68**, as represented by the voltage change across capacitor **96**, (2) the time of its rising edge of pulse **68**, through the time counter read, and (3) the numerical position of pulse **64**, for example within a series of signal pulses, through the event counter read. The computer therefore knows the time and position at which the rising (measured) edge of pulse **64** occurred. It should be understood that there may be a variety

**11**

of forms in which this information may be represented within or presented by the computer. The particular form may depend upon the measurement being performed and the programming arrangement of computer 16.

Furthermore, as those skilled in this art should understand, a certain period of time is required for the circuit components to settle before the computer may accurately measure the capacitor's voltage level. This period may be generally determined from the circuit part specifications. In one preferred embodiment including an interpolator as in FIG. 4, control computer 16 measures the voltage at capacitor 96 approximately 10 clock pulses following pulse 68. Fifteen additional clock pulses are required before the next measurement to allow the capacitor to recharge, and the computer therefore does not rearm an interpolator until at least 300 ns has elapsed. Prior to the next measurement, the logic circuit clears the trigger circuit flip flops 102, 104 and 106 with a signal over line 216 (FIG. 4).

4. The Boost Circuit

Following the measurement, the 1 ma constant current source driven by voltage reference 130 charges capacitor 96 up to 3.75V at an approximately linear rate without the asymptotic slope that would occur if the capacitor were charged by a voltage source. Were there no other charge source, the constant current source shown in FIG. 4 would charge the capacitor in approximately 600 ns. To reduce the charge time to approximately 100 ns, logic circuit 20 (FIG. 1) provides a current boost through a NAND gate 136 and bridge circuit 118.

In general, the NAND gate provides a rising voltage transition between the current source and the measurement capacitor so that the capacitor charges with the transition. The inputs to NAND gate 136 on line 138 are normally high so that the gate's output on line 140 is normally low. After a time delay following the computer's measurement of capacitor 96 through the analog-to-digital computer sufficient to assure that the measurement is complete, the logic circuit drives the signal on line 138 low, thereby causing line 140 to go high. As should be understood in this art, the transition of the signal on line 40 from low to high is not instantaneous. As it begins to rise, the voltage level at input pin 4 of bridge 118 is lower than the 3.75V level on intermediate pin 2. Thus, diode 142 is reverse biased, and current flows through diode 144 and output pin 3 to charge capacitor 96. The voltage across capacitor 96 rises with the voltage on line 140 until the voltage at input pin 4 reaches 3.75V. At this point, diode 142 begins to forward bias. Since current cannot flow into the voltage source from pin 2, however, pin 4 is held at 3.75 V. Capacitor 96, which slightly lags the voltage on line 140, continues to charge from the 1 ma current source. When it reaches 3.75V, pins 2, 3 and 4 of bridge 118, and pins 2 and 3 of bridge 124, are balanced, and the charge is complete.

A full four-diode bridge is used at 118 for convenience of construction and because the diodes in a pre-packaged bridge circuit are matched, thereby providing a relatively precise balance at the intermediate nodes. It should be understood, however, that a half bridge having two discrete diodes 142 and 144 may be used in place of the full bridge.

Furthermore, where the interpolator is configured in the charge embodiment discussed above, the boost signal is inverted so that a falling edge is applied between the first current circuit and the capacitor.

The Continuous Time Counter

Presently, it is difficult or impossible to read a discrete hardware counter operating at a high speed (greater than

**12**

about 100 MHz for TTL and 500 MHz for ECL) because the counter's output never stabilizes. Even if the output were to stabilize, however, the time necessary to read the counter is greater than the time in which the counter changes state. Thus, there could be no confidence in the counter reading. As discussed above, however, continuous time counter 30 is embodied within the logic circuit's FPGA, which can read the clock up to frequencies within a general range that includes 50 MHz. As should be understood in this art, the FPGA accurately reads its internal clock to determine the time portion of the measurement tag.

The Continuous Event Counter

Because event counter 32 counts ECL input signal pulses, and because the event counter may increment at a frequency greater than 50 MHz, the event counter includes a discrete hardware counter stage upstream from the FPGA. Referring to FIG. 6, the hardware counter stage includes two parallel eight-bit ECL-logic counters 202 and 204, each of which is enabled by a flip flop 206. Specifically, the flip flop's $Q^{-1}$ output enables counter 202, while the Q output enables counter 204. Thus, the flip flop controls the counters so that only one is enabled at any time. Furthermore, the flip flop's $Q^{-1}$ output is fed back to its D input so that the flip flop output changes state at the rising edge of each pulse in its clock input. Referring also to FIG. 4, the flip flop's clock input is the $Q/Q^{-1}$ output from flip flop 102. Since flip flop 102 changes state at every measured edge, event counter 32 transitions between hardware counters 202 and 204 at every measured edge. Since each counter counts the rising edges of pulses on the signal that includes the rising edge (the differential signal on lines 208/210 from multiplexer 22a (FIG. 1)), the count on the counter 202 or 204 that is stopped upon detection of the measured edge corresponds to the measured edge's position in the sequence of rising edges in the input signal.

The overflow bit from each counter 202 and 204 triggers a 37-bit counter 212 in the FPGA. That is, whenever the count of either counter 202 or 204 reaches 255, the next count increments FPGA counter 212.

In operation, assume that counter 202 is actively counting input signal pulses from lines 208/210. When flip flop 102 is enabled, the next input signal pulse triggers flip flop 102 which, in turn and in less than the period of one input signal pulse, triggers flip flop 206. This stops counter 202 and begins counter 204 so that while counter 202 reflects the count at the measured edge, counter 204 continues to count subsequent pulses. Logic circuit 20 stores the count at each stopped counter for use in a later measurement.

The ECL components 202, 204 and 206 permit a transition that is fast enough so that counter 202 or 204 counts the next pulse following the last pulse counted by the other counter 202 or 204. The counter arrangement illustrated in FIG. 6 can accurately count pulses on an input signal up to a frequency of approximately 1.5 GHz.

The total event count (i.e. the event read) corresponding to the measured edge is equal to the count on the stopped counter 202 or 204, plus the count from the other counter 202 or 204 when it was last stopped, plus the count of FPGA counter 212 at the time flip flops 102 and 206 trigger. The Q output of flip flop 206 is received by logic circuit 20, which is configured to sum these numbers at each transition of the flip flop 206's Q output. The resulting sum is the event portion of the measurement tag described above.

In a preferred embodiment, an event counter as shown in FIG. 6 is provided for each of the start and stop measurement

circuits in each of channels **12** and **14**. Similarly, the logic circuit may embody a separate continuous time counter for each measurement circuit.

### The Input Signal Multiplexers

Referring to FIGS. 1 and 7, control computer **16** controls multiplexers **24a** and **24b** to gate any of four inputs to their respective interpolators. The four selectable inputs to multiplexer **24a** are the channel **12** input signal $A_{in}$, the input signal inverse $A_{in}^{-1}$, the input signal $B_{in}$ to channel **14** and a calibration signal. The inputs to multiplexer **24b** are $A_{in}$, the inverse $A_{in}^{-1}$, the inverse $B_{in}^{-1}$ and the calibration signal.

### The Arming Circuit

Referring now to FIG. 8, arming circuit **28** includes a pair of flip flops **156a** and **156b** that respectively arm interpolators **26a** and **26b**. The D input for each flip flop is an output from control computer **16** that is directed to the flip flop through a TTL-to-ECL converter (not shown). The Q output of each flip flop feeds to the D input of first stage flip flops **102** (see also FIG. 4) in interpolators **26a** and **26b**. Thus, once computer **16** arms flip flop **156a** or **156b** with a high signal at its D input, the next rising edge received at the flip flop's clock input gates the high signal to the flip flop's Q output to thereafter enable the interpolator flip flop **102**. This begins the interpolator measurement. That is, once the computer enables the arming circuit flip flop, the flip flop clock input arms the measurement circuit to begin the measurement.

The clock inputs are provided by respective multiplexers **158a** and **158b**, allowing the user in the embodiment illustrated in FIG. 8 to select one of six possible inputs from which to arm each measurement circuit. The selection of the arming signal at multiplexers **158a** and **158b**, and the selection of the measurement circuit input signal at multiplexers **24a** and **24b** (FIGS. 1 and 7), determine the measurement performed at channel **12** (FIG. 1). Referring also to FIG. 9, for example, assume that the user selects, through user input switch **164** and computer **16**, the time interval analyzer's channel **12** input signal $A_{in}$ at multiplexers **24a** and **158a** and that computer **16** has enabled flip flop **156a** at **168**. The rising edge of the next input signal pulse **170** triggers flip flop **156a**, thereby enabling flip flop **102**. Since $A_{in}$ is also selected at multiplexer **24a**, the $A_{in}$ signal is directed to the clock input of flip flop **102**. Due to the propagation delay through multiplexer **158a** and flip flop **156a**, however, flip flop **102** triggers at the rising edge of the next input signal pulse, **64**. This edge is, therefore, the measured edge as described above.

Had $A_{in}^{-1}$ been selected at multiplexer **24a**, the start measure circuit would have measured the falling edge of pulse **170**.

A user might select $B_{in}$ at multiplexer **158a** and $A_{in}$ at multiplexer **24a** to measure the $A_{in}$ signal based on an event in the $B_{in}$ signal. For example, if $A_{in}$ describes events that occur during a shaft's rotation, and if $B_{in}$ is a signal corresponding to the count of shaft rotations, this arrangement could be used to measure an $A_{in}$ event at each shaft rotation. Furthermore, the user may arm a measurement by an external signal directed to the time interval analyzer through an appropriate port.

The logic circuit may also be used to provide an arming signal through the "FPGA" input to the multiplexers. This input can be used to provide a variety of pre-programmed and/or adjustable arming signals. For example, the FPGA is driven by the time base clock and in a preferred embodiment is programmed to divide down the clock by a factor N selected by the user through switch **164** and computer **16** to produce a signal at the FPGA input to the multiplexers that has a pulse at every Nth time base clock pulse. Thus, the signal selected at multiplexer **24a** is measured every N time base clock pulses.

Furthermore, a divide-by-N counter **214** is driven by the output signal from start measurement circuit multiplexer **24a**. Thus, the start and/or stop measure circuits can be armed by the start measurement circuit's input signal, divided by a desired factor. For example, assuming that counter **214** is an eight-bit counter and that it is desired to measure the start measurement circuit's input signal at every 100th pulse, computer **16** initially loads counter **214** to 156. When the counter reaches 255, the next count rolls the counter back to 156 and outputs a pulse to multiplexer **158a**. A divide-by-N counter may be provided for each of the start and stop measurement circuits.

The time interval analyzer may be configured to measure subsequent pulse edges, whether for pulse width, single period or other desired measurement, by deactivating the D input to flip flop **156b** and enabling the stop measurement trigger circuit with an output from the start measurement trigger circuit. For example, to measure pulse width, computer **16** selects the $A_{in}$ input at multiplexers **158a** and **24a** and deactivates flip flop **156b**. Referring again to FIG. 9, upon enabling flip flop **156a**, but not flip flop **156b**, at **168**, flip flop **102** of the start measurement circuit interpolator **26a** is enabled at the rising edge of pulse **170**. Thus, the interpolator measures the rising edge of the next pulse **64**. At pulse **64**'s rising edge, the $Q/Q^{-1}$ output of flip flop **102** in the start measurement interpolator changes state, and this output is directed to the input of an OR gate **216**. This causes the OR gate output to go high, thereby enabling flip flop **102** of stop measurement interpolator **26b**. Since the computer has selected the $A_{in}^{-1}$ input to the stop measurement multiplexer **24b**, the stop measurement interpolator's flip flop **102** changes state at the next falling edge it receives, which in this case is the falling edge of pulse **64**. As described above, the logic circuit outputs, through FIFO memory **18**, a measurement tag to the computer that corresponds to each measured edge. The difference in the time portions of these tags is equal to the time interval over the width of pulse **64**. Computer **16** determines this difference and outputs an appropriate signal to the display device to notify the user.

Accordingly, the time interval analyzer can measure the time interval between events on an input signal by comparing the time portion of the measurement tags of these events as measured by the start and stop measurement circuits. Additional measurement circuits, similar to and in parallel with the start and stop measurement circuits, can be added to enable time interval measurements among several signal events within a relatively short period of time. The selection of a given measurement is determined by the selections of the input signals and arming signals to each measurement circuit, and it should be understood that the measurement circuits and the arming circuits can be configured in any suitable arrangement with any suitable input signal(s) to achieve a desired time interval measurement. Thus, it should be understood that such configurations and combinations fall within the scope and spirit of the present invention.

For instance, assume that it is desired to measure the time interval between the rising edges of first and fifth pulses on an input signal $A_{in}$. Control computer **16** may select $A_{in}$ at multiplexers **24a** and **158a**. At the same time, the computer loads counter **214** to 251 and selects the counter output as

the input to multiplexer 158b. Thus, the stop measurement circuit arms five pulses after the start measurement circuit and, therefore, measures the rising edge of the fifth pulse following the start measurement circuit's measured pulse.

Furthermore, a time interval analyzer according to the present invention may be used to measure jitter in an input signal. Referring to FIG. 11, cycle-to-cycle jitter may be measured by comparing the periods of subsequent signal cycles, for example the period indicated at X to the period indicated at Y. Referring also the FIG. 1, this measurement may be effected by selecting the $A_{in}$ input to multiplexers 24a and 24b, selecting the $A_{in}$ input the multiplexer 158a (FIG. 8) and deactivating multiplexer 156b (FIG. 8). Channel 14 has the same configuration and is armed to measure the period immediately following the period measured by channel 12. Thus, control computer 16, which may be embodied by the same computer for both channels 12 and 14, measures the periods of cycles X and Y.

More specifically, the output of flip flop 102 on lines 52 and 54 (FIG. 4) is directed to the arming circuit multiplexer 158a (FIG. 8) for the start measurement circuit of channel 14 so that the start arms channel 14's start measurement circuit. Thus, the channel 14 start measurement circuit measures the first rising edge following the rising edge of pulse 230, i.e. the rising edge of pulse 232. The channel 14 stop measurement circuit is armed as described above to measure the falling edge of pulse 232 to define the pulse width. The comparison of the pulse width measurements made by channels 12 and 14 indicates jitter present on signal $A_{in}$.

To measure duty cycle, channel 12 is configured to measure period X, and channel 14 is configured to measure pulse width W. The signal's duty cycle, therefore, is equal to W/X. In an alternate configuration, channel 12 includes three parallel measurement circuits so that the single channel can measure three subsequent edges (the rising and falling edges of pulse 230 and the rising edge of pulse 232) to thereby measure duty cycle. To measure pulse-width-to-pulse-width jitter, channel 12 measures the pulse width of pulse 230, and channel 14 measures the width of pulse 232. Comparison of these measurements indicates jitter from one pulse to another. It should be understood that various measurements may be made to detect jitter error.

To measure the slope of a rising signal edge, the $A^{in}$ input is selected at each of the multiplexers 24a and 24b, and VRef2 is offset from VRef1 so that the start measurement circuit measures the time at which a rising edge of a pulse on the input signal reaches a first voltage level and so that the stop measurement circuit measures the time at which the edge reaches a second, higher, level. The voltage level difference divided by the time difference is the edge slope.

Computer 16 may store predetermined measurement configurations such as pulse width, single period width and duty cycle, that may be selected by the user through switch 164. Switch 164 may comprise any suitable mechanism such as a button or a software option. For example, predefined measurement options may be presented to the user as selectable icons on the display device.

### Real Time Measurements

The time interval analyzer may be calibrated so that the time portion of the measurement tag to a measured event corresponds to real time. Referring to FIG. 10, the time interval analyzer includes two inputs received from a global positioning system (GPS) 216 and directed to logic circuit 20 and computer 16, respectively. The construction and operation of global positioning systems does not, in and of itself, form a part of the present invention and is therefore not discussed herein. As should be understood, however, GPS systems typically output both a 1 Hz binary signal and a serial signal that identifies the time at the rising edges of pulses in the binary signal. The time interval analyzer inputs are configured so that the serial input is directed to computer 16 and the 1 Hz signal is directed to logic circuit 20.

Computer 16 reads the exact time from the serial input and thereby knows the time at the next pulse on the 1 Hz signal. Thus, before the next pulse arrives, computer 16 instructs logic circuit 20 to load continuous time counter 30 (FIG. 1) to a predetermined count, for example a count equal to the number of pulses of a 50 MHz signal beginning at Jan. 1, 1970 and ending at the next GPS pulse. The computer also instructs logic circuit 20 to start the continuous time counter at the arrival of the GPS pulse. Thus, the continuous time counter is calibrated to real time.

There is, generally, some error in the real time calibration. For example, GPS pulses typically exhibit an approximately 20 ns jitter. Furthermore, the time counter is driven by the time base clock. Since the occurrence of the time base pulse may not exactly coincide with the GPS pulse, an error up to one period of the time base clock may also be introduced. Such error, however, is acceptable for real time measurement of signal events.

Furthermore, it should be understood that the real time calibration can be configured to account for delays in the measurement circuitry. For example, the three-pulse delay in assigning the time portion of the measurement tag described above may be accommodated by delaying the start of the continuous time counter until three time base clock pulses following receipt of the GPS pulse or by programming the logic circuit or computer to account for the difference.

While one or more preferred embodiments of the invention have been described above, it should be understood that any and all equivalent realizations of the presented invention are included within the scope and spirit thereof. The embodiments depicted are present by way of example only and are not intended as limitations on the present invention. Thus, it should be understood by those of ordinary skill in the art that the present invention is not limited to these embodiments since modifications can be made. Therefore, it is contemplated that any and all such embodiments are included in the present invention as may fall within the literal or equivalent scope of the appended claims.

What is claimed is:

1. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:
   a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first said event;
   a first current circuit having a constant current source or a constant current sink;
   a second current circuit having
      a current sink where said first current circuit has a constant current source; or
      a current source where said first current circuit has a constant current sink;
   a capacitor;
   a shunt;
   wherein said shunt and said capacitor are operatively disposed in parallel with respect to said first current circuit,
   wherein said shunt is disposed between said first current circuit and said second current circuit, and

17

wherein said shunt receives said trigger signal and is selectable between conducting and non-conducting states between said first current circuit and said second current circuit, depending upon said trigger signal, so that said shunt is driven to said conducting state from said non-conducting state upon receiving said trigger signal at said triggering level.

2. The analyzer as in claim 1, wherein said first current circuit has a constant current source and said second current circuit has a current sink.

3. The analyzer as in claim 1, wherein said first current circuit has a constant current sink and said second current circuit has a current source.

4. The analyzer as in claim 1, wherein said shunt includes a differential transistor pair.

5. The analyzer as in claim 4,

wherein said transistor pair includes a first transistor and a second transistor,

wherein said first transistor is operatively disposed between said first current circuit and said second current circuit to conduct current therebetween,

wherein said second transistor is operatively disposed in parallel with said first transistor with respect to said second current circuit, and

wherein said trigger signal controls said first transistor and said second transistor so that

said first transistor is activated, and said second transistor is deactivated, when said trigger signal is at said triggering level, and

said first transistor is deactivated, and said second transistor is activated, when said trigger signal is not at said triggering level.

6. The analyzer as in claim 5, wherein said first current circuit has a constant current source and said second current circuit has a current sink, wherein said first transistor is disposed between said constant current source and said current sink and wherein said second transistor is disposed between a current source and said current sink.

7. The analyzer as in claim 1, wherein said trigger circuit changes said trigger signal from said triggering level to a non-triggering level upon occurrence of a reference event following said first event and wherein said shunt is driven to said non-conducting state upon receiving said trigger signal at said non-triggering level so that a change in voltage across said capacitor while said shunt is in said conducting state corresponds to a time period between said first event and said reference event.

8. The analyzer as in claim 1, wherein said trigger circuit includes a first flip flop that has a clock input that receives said input signal so that the output from said first flip flop changes state upon occurrence of said first event.

9. The analyzer as in claim 8, wherein said trigger circuit includes

a second flip flop that is enabled by said first flip flop output upon occurrence of said first event and that has a clock input that receives a reference signal so that the output from said second flip flop changes state upon occurrence of an event of said reference signal prior to said reference event,

a third flip flop that is enabled by said second flip flop output upon occurrence of said event prior to said reference event and that has a clock input that receives said reference signal so that the output from said third flip flop changes state upon occurrence of said reference event, and

a logic gate that outputs said trigger signal and that receives said output from said first flip flop and said

18

output from said third flip flop so that said logic gate drives said trigger signal to said triggering level upon occurrence of said first event and drives said trigger signal to a non-triggering level upon occurrence of said reference event.

10. The analyzer as in claim 9,

wherein said shunt includes a transistor pair having a first transistor and a second transistor,

wherein said first transistor is operatively disposed between said first current circuit and said second current circuit to conduct current therebetween,

wherein said second transistor is operatively disposed in parallel with said first transistor with respect to said second current circuit,

wherein said first transistor receives said trigger signal so that said first transistor is activated and deactivated by said trigger signal, and

wherein said second transistor receives the inverse of said trigger signal so that said second transistor is activated and deactivated by said inverse trigger signal.

11. The analyzer as in claim 1, including a diode bridge operatively disposed between (1) said first current circuit and (2) said capacitor and said shunt so that said capacitor and said shunt are disposed in parallel with respect to said diode bridge.

12. The analyzer as in claim 2, including a diode bridge having

an input node connected to said constant current source,

an output node connected to a secondary current sink,

a first diode pair defining a first current path from said input node to said output node,

a second diode pair defining a second current path parallel to said first current path from said input node to said output node,

a first intermediate node between diodes of said first diode pair, and

a second intermediate node between diodes of said second diode pair,

wherein said first intermediate node is connected to a constant voltage source and wherein said second intermediate node is connected to said capacitor and said shunt so that said capacitor and said shunt form parallel outputs with respect to said second intermediate node.

13. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first said event;

a constant current source;

a capacitor in communication with said constant current source;

a first current sink;

a shunt; and

a diode bridge operatively disposed downstream from said constant current source and upstream from said capacitor and said shunt so that said capacitor and said shunt form parallel outputs with respect to said diode bridge,

wherein said shunt receives said trigger signal and is selectable between conducting and non-conducting states between said constant current source and said first current sink depending upon said trigger signal so that said shunt is driven to said conducting state from said non-conducting state upon receiving said trigger signal at said triggering level.

**19**

14. The analyzer as in claim 13, wherein said diode bridge includes

an input node connected to said constant current source,

an output node connected to a second current sink,

a first diode pair defining a first current path from said input node to said output node,

a second diode pair defining a second current path parallel to said first current path from said input node to said output node,

a first intermediate node between diodes of said first diode pair, and

a second intermediate node between diodes of said second diode pair,

wherein said first intermediate node is connected to a constant voltage source and wherein said second intermediate node is connected to said capacitor and said shunt so that said capacitor and said shunt form parallel outputs with respect to said second intermediate node.

15. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first said event;

a constant current source;

a capacitor in communication with said constant current source;

a first current sink; and

a differential transistor pair disposed between said constant current source and said first current sink so that said transistor pair and said capacitor form parallel outputs with respect to said constant current source,

wherein said transistor pair receives said trigger signal and is selectable between conducting and non-conducting states between said constant current source and said first current sink depending upon said trigger signal so that said transistor pair is driven to said conducting state from said non-conducting state upon receiving said trigger signal at said triggering level.

16. The analyzer as in claim 15, wherein

said transistor pair includes a first transistor and a second transistor,

said first transistor is operatively disposed between said constant current source and said first current sink to conduct current to said first current sink,

said second transistor is operatively disposed between a current source and said first current sink to conduct current to said first current sink, and

said trigger signal controls said first transistor and said second transistor so that

said first transistor is activated, and said second transistor is deactivated, when said trigger signal is at said triggering level, and

said first transistor is deactivated, and said second transistor is activated, when said trigger signal is not at said triggering level.

17. The analyzer as in claim 16, wherein said trigger circuit changes said trigger signal from said triggering level to a non-triggering level upon occurrence of a reference event following said first event and wherein said transistor pair is driven to said non-conducting state upon receiving said trigger signal at said non-triggering level so that a change in voltage across said capacitor while said transistor pair is in said conducting state corresponds to a time period between said first event and said reference event.

**20**

18. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first said event;

a first current circuit having a constant current source or a constant current sink;

a second current circuit having

a current sink where said first current circuit has a constant current source, or

a current source where said first current circuit has a constant current sink;

a capacitor;

a shunt,

wherein said shunt and said capacitor are operatively disposed in parallel with respect to said first current circuit,

wherein said shunt is disposed between said first current circuit and said second current circuit,

wherein said shunt receives said trigger signal and is selectable between conducting and non-conducting states between said first current circuit and said second current circuit, depending upon said trigger signal, so that said shunt is driven to said conducting state from said non-conducting state upon receiving said trigger signal at said triggering level, and

wherein said trigger circuit changes said trigger signal from said triggering level to a non-triggering level upon occurrence of a reference event following said first event and wherein said transistor pair is driven to said non-conducting state upon receiving said trigger signal at said non-triggering level so that a change in voltage across said capacitor while said transistor pair is in said conducting state corresponds to a time period between said first event and said reference event; and

a processor circuit in communication with a first said capacitor and a second said capacitor and configured to measure said voltage across each of said first capacitor and said second capacitor and to compare said voltage across said first capacitor to said voltage across said second capacitor to determine a time interval between said first event measured by said first capacitor and said first event measured by said second capacitor.

19. The analyzer as in claim 18,

wherein said first current circuit has a constant current source and said second current circuit has a first current sink,

wherein said shunt includes a transistor pair having a first transistor and a second transistor,

wherein said first transistor is operatively disposed between said constant current source and said first current sink to conduct current to said first current sink,

wherein said second transistor is operatively disposed between a current source and said first current sink to conduct current to said first current sink,

wherein said first transistor receives said trigger signal so that said transistor is activated and deactivated by said trigger signal,

wherein said second transistor receives the inverse of said trigger signal so that said transistor is activated and deactivated by said inverse trigger signal, and

including a diode bridge having

an input node connected to said constant current source,

6,091,671

**21**

an output node connected to a second current sink,

a first diode pair defining a first current path from said input node to said output node,

a second diode pair defining a second current path parallel to said first current path from said input node 5 to said output node,

a first intermediate node between diodes of said first diode pair, and

a second intermediate node between diodes of said second diode pair, 10

wherein said first intermediate node is connected to a constant voltage source and wherein said second intermediate node is connected to said capacitor and said shunt so that said capacitor and said shunt form parallel outputs with respect to said second interme- 15 diate node.

**20**. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon 20 occurrence of a first said event and at a non-triggering level upon occurrence of a reference event that follows said first event;

a first current circuit having a constant current source or a constant current sink; 25

a second current circuit having

a current sink where said first current circuit has a constant current source, or

a current source where said first current circuit has a constant sink 30

a capacitor;

a shunt,

wherein said shunt and said capacitor are operatively disposed in parallel with respect to said first current 35 circuit,

**22**

wherein said shunt is disposed between said first current circuit and said second current circuit, and

wherein said shunt receives said trigger signal and is selectable between conducting and non-conducting states between said first current circuit and said second current circuit depending upon said trigger signal so that

said shunt is driven to said conducting state from said non-conducting state upon receiving said trigger signal at said triggering level and

said shunt is driven to said non-conducting state from said conducting state upon receiving said trigger signal at said non-triggering level; and

a current boost circuit in communication with said capacitor, said current boost circuit configured to apply a voltage transition between said first current circuit and said capacitor upon occurrence of said reference event so that said capacitor voltage changes with said voltage transition.

**21**. The analyzer as in claim **20**, including a diode bridge operatively disposed between (1) said first current circuit and (2) said capacitor and said shunt so that said capacitor and said shunt are disposed in parallel with respect to said diode bridge.

**22**. The analyzer as in claim **20**, wherein said first current circuit has a constant current source and said second current circuit has a current sink, and wherein said current boost circuit applies a rising edge said voltage transition between said current source and said capacitor.

**23**. The analyzer as in claim **20**, wherein said first current circuit has a constant current sink and said second current circuit has a current source, and wherein said current boost circuit applies a falling edge said voltage transition between said current sink and said capacitor.

\* \* \* \* \*

# EXHIBIT B

(12) **United States Patent**       (10) **Patent No.:** **US 6,181,649 B1**

**Kattan**       (45) **Date of Patent:** **Jan. 30, 2001**

(54) **TIME INTERVAL ANALYZER HAVING CURRENT BOOST**

(75) Inventor: **Shalom Kattan**, Campbell, CA (US)

(73) Assignee: **Guide Technology, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **09/352,070**

(22) Filed: **Jul. 14, 1999**

(51) **Int. Cl.**[7] ............................. **G04F 8/00**; G04F 10/00; H03B 3/46

(52) **U.S. Cl.** ........................... **368/121**; 370/516; 375/371

(58) **Field of Search** ..................................... 368/113, 118, 368/121; 370/486, 516; 375/224, 226, 228, 371

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,790,890 | * | 2/1974 | Doittau .................................. 368/121 |
| 4,301,360 | * | 11/1981 | Blair ...................................... 368/121 |
| 4,757,452 | | 7/1988 | Scott et al. . |
| 4,916,411 | | 4/1990 | Lymer . |
| 5,566,180 | | 10/1996 | Eidson et al. . |
| 5,613,496 | | 3/1997 | Arand et al. . |
| 5,790,480 | * | 7/1998 | Klatser .................................. 368/121 |
| 5,883,924 | | 3/1999 | Siu et al. . |

OTHER PUBLICATIONS

"A High–Precision Time–to–Digital Converter for Pulsed Time–of–Flight Laser Radar Applications", pp. 521–536, Määttä and Kostamovaara, *IEEE Transactions on Instrumentation and Measurement*, vol. 47, No. 2, Apr., 1998.
"Universal Counter Resolves Picoseconds in Time Interval Measurements", pp. 2–11, and "Time Synthesizer Generates Precise Pulse Widths and Time Delays for Critical Timing Application", pp. 12–19, *Hewlett–Packard Journal* Aug., 1978, Palo Alto, CA.

Hewlett–Packard Application Note 200, Electronic Counter Series — "Fundamentals of the Electronic Counters", 1997, Palo Alto, CA.

"Technical Resources", *http://wavecrestcorp.com/TechnicalJitter.html,* 1998–1999.

"A Continuous Time Stamping Time Digitizer Architecture for High Energy Physics Applications", Gorbics, et al., Chestnut Ridge, NY, Oct., 1996, 5 pages.

"The Time Marker Data Acquisition System for Belle an Example of the LeCroy–Laboratory Collaboration Program", Blanar and Sumner, Chestnut Ridge, NY, Oct.,1996, 6 pages.

"A High Resolution Multihit Time–to–Digital Converter Integrated Circuit", Gorbics, et al., Chestnut Ridge, NY, Nov., 1996, 7 pages.

"LeCroy MQT300 Charge–to–Time Converter", Yamrone, et al., Chestnut Ridge, NY, Nov., 1996, 3 pgs.

(List continued on next page.)

*Primary Examiner*—Vit Miska
(74) *Attorney, Agent, or Firm*—Dority & Manning, P.A.

(57) **ABSTRACT**

A time interval analyzer for measuring time intervals between events in an input signal includes a trigger circuit that receives an input signal and that outputs a trigger signal at a triggering level upon occurrence of a first event and at a non-triggering level upon occurrence of a reference event that follows the first event. A first current circuit has a current source or a current sink. A second current circuit has a current sink or a current source. A capacitor and a shunt are operatively disposed in parallel with respect to the first current circuit. The shunt is disposed between the first current circuit and the second current circuit. The shunt receives the trigger signal and is selectable between conducting and non-conducting states so that the shunt is driven to the conducting state upon receiving the trigger signal at the triggering level and is driven to the non-conducting state upon receiving the trigger signal at a non-triggering level. A current boost circuit is in communication with the capacitor.

**21 Claims, 8 Drawing Sheets**



## OTHER PUBLICATIONS

"A 9U VME 96–Channel Time–to–Digital Converter Module", Uhmeyer, et al., Chestnut Ridge, NY, Oct., 1996, 6 pages.

"New Techniques for Measuring Time Intervals with Very High Resolution", Sumner and Blanar, Aug. 1996, 7 pages.

Wavecrest Corporation DTS 2070/2075 Time Measuring Device Block Diagram.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**
**PRIOR ART**



FIG. 4A



*FIG. 4B*



**FIG. 5**



## *FIG. 6*



## *FIG. 7*



**FIG. 8**

**FIG. 9**



# FIG. 10



# FIG. 11

**1**

## TIME INTERVAL ANALYZER HAVING CURRENT BOOST

### BACKGROUND OF THE INVENTION

In general, an integrated circuit refers to an electrical circuit contained on a single monolithic chip containing active and passive circuit elements. As should be well understood in this art, integrated circuits are fabricated by diffusing and depositing successive layers of various materials in a preselected pattern on a substrate. The materials can include semiconductive materials such as silicon, conductive materials such as metals, and low dielectric materials such as silicon dioxide. The semiconductive materials contained in integrated circuit chips are used to form almost all of the ordinary electronic circuit elements, such as resistors, capacitors, diodes, and transistors.

Integrated circuits are used in great quantities in electronic devices such as digital computers because of their small size, low power consumption and high reliability. The complexity of integrated circuits range from simple logic gates and memory units to large arrays capable of complete video, audio and print data processing. Presently, however, there is a demand for integrated circuit chips to accomplish more tasks in a smaller space while having even lower operating voltage requirements.

Currently, the semiconductor industry is focusing its efforts on reducing dimensions within each individual integrated circuit in order to increase speed and to reduce energy requirements. The demand for faster and more efficient circuits, however, has created various problems for circuit manufacturers. For instance, a unique problem has emerged in developing equipment capable of testing, evaluating and developing faster chips. Timing errors and pulse deviations may constitute a greater portion of a signal period at higher speeds. As such, a need exists not only for devices capable of detecting these errors but also devices capable of characterizing and identifying the errors.

In the past, electronic measurement devices have been used to test integrated circuits for irregularities by making frequency and period measurements of a signal output from the circuit. Certain devices, known as time interval analyzers, can perform interval measurements, i.e. measurements of the time period between two input signal events, and can totalize a specific group of events. A time interval analyzer generally includes a continuous time counter and a continuous event counter. Typically, the device includes a measurement circuit on each of a plurality of measurement channels. Each channel receives an input signal. By directing a signal across the channels to a given measurement circuit so that the circuit receives two input signals, the circuit is able to measure the time interval between two events in the signals. Such devices are capable of making millions of measurements per second.

Measurement devices based exclusively on counters, however, are unable to directly measure time intervals. In very general terms, a counter refers to an electronic device that counts events, for example pulses, on an input signal. The measurement device also typically includes a frequency standard or clock to measure the time period during which the counter is activated. Thus, the measurement device measures the number of input signal events that occur over a known time period and, therefore, measures the frequency of the events. In other words, clocks contained in counters generate a signal at a known frequency which is then used to measure the frequency of other signals.

By measuring certain characteristics of a signal emitted by an integrated circuit, time interval analyzers and counter-

**2**

based measurement devices can be used to detect timing errors that may be present within the circuit. This information can then be used to assist in developing an integrated circuit or for detecting defects in mass-produced circuits.

Timing errors on integrated circuit signals are generally referred to as "jitter." Jitter, broadly defined as a deviation between a real pulse and an ideal pulse, can be a deviation in amplitude, phase, and/or pulse width. Jitter typically refers to small, high frequency waveform variations caused by mechanical vibrations, supply voltage fluctuations, control-system instability and the like.

Instruments such as time interval analyzers, counter-based measurement devices and oscilloscopes have been used to measure jitter. In particular, time interval analyzers can monitor frequency changes and frequency deviation over time. In this manner, they not only detect jitter, but can also characterize jitter so that its source can be determined. Generally, however, conventional devices, including time interval analyzers, are too slow to provide reliable measurements at the speed and frequency of high-speed integrated circuits.

### SUMMARY OF THE INVENTION

The present invention recognizes and addresses the foregoing considerations, and others, of prior art constructions and methods.

Some of these objects are achieved by a time interval analyzer for measuring time intervals between events in an input signal. The analyzer includes a trigger circuit that receives the input signal and that outputs a trigger signal at a triggering level upon occurrence of a first event and at a non-triggering level at occurrence of a reference event that follows the first event. A first current circuit has a current source or a current sink. A second current circuit has (1) a current sink where the first current circuit has a current source or (2) a current source where the first current circuit has a current sink. A capacitor and a shunt are operatively disposed in parallel with respect to the first current circuit. The shunt is disposed between the first current circuit and the second current circuit. The shunt receives the trigger signal and is selectable between conducting and non-conducting states between the first current circuit and the second current circuit depending upon the trigger signal so that the shunt is driven to the conducting state from the nonconducting state upon receiving the trigger signal at the triggering level and is driven to the nonconducting state from the conducting state upon receiving the trigger signal at the non-triggering level. A current boost circuit is in communication with the capacitor. The current boost circuit is configured to apply a voltage transition between the first current circuit and the capacitor upon occurrence of the reference event so that the capacitor voltage changes with the voltage transition.

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate one or more embodiments of the invention and, together with the description, serve to explain the principles of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

A full and enabling disclosure of the present invention, including the best mode thereof, directed to one of ordinary skill in the art, is set forth in the specification, which makes reference to the appended drawings, in which;

FIG. 1 is a block-diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

3

FIG. 2 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 3 is an electrical schematic illustration of a prior art time interval analyzer;

FIGS. 4A and 4B are an electrical schematic illustration of an interpolator for use in a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 5 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 6 is a block diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 7 is a block diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 8 is a block diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 9 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention;

FIG. 10 is a block-diagram illustration of a time interval analyzer in accordance with a preferred embodiment of the present invention in association with a global positioning system; and

FIG. 11 is a graphical illustration of the operation of a time interval analyzer in accordance with a preferred embodiment of the present invention.

Repeat use of reference characters in the present specification and drawings is intended to represent same or analogous features or elements of the invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Reference will now be made in detail to presently preferred embodiments of the invention, one or more examples of which are illustrated in the accompanying drawings. Each example is provided by way of explanation of the invention, not limitation of the invention. In fact, it will be apparent to those skilled in the art that modifications and variations can be made in the present invention without departing from the scope and spirit thereof. For instance, features illustrated or described as part of one embodiment may be used on another embodiment to yield a still further embodiment. Thus, it is intended that the present invention covers such modifications and variations as come within the scope of the appended claims and their equivalents.

### The Time Interval Analyzer

Referring to FIG. 1, a time interval analyzer 10 includes two channels indicated at 12 and 14. Each channel includes a control computer 16, for example a 200 MHz DSP processor, with associated memory 18, for example a high-performance FIFO memory, and a logic circuit 20. Alternatively, the channels may share a common computer, memory and logic circuit, which may be collectively referred to as a processor circuit. Each channel, in turn, includes parallel measurement circuits having comparators 22a and 22b, multiplexers 24a and 24b and interpolators 26a and 26b. That is, each channel includes multiple, in this case two, measurement circuits. An arming circuit 28 is controlled by computer 16 to trigger the interpolators. A continuous time counter 30 and continuous event counter 32

4

provide time and event counts to both channels 12 and 14. Alternatively, each measurement circuit may have its own time counter and event counter, provided that the respective counters for each measurement circuit are synchronized.

Channels 12 and 14 are mirror images of each other. Thus, while the following discussion is directed primarily to channel 12, it should be understood that the construction of channel 14 is the same.

As indicated in the Background section above, the present invention is directed to a time interval analyzer for measuring one or more desired characteristics of an input signal. Preferably, the device is configured to measure signals having frequencies up to approximately 1 GHz. Thus, preferred embodiments employ ECL components, although it should be understood that CMOS components may be used where capable of propagating signals at adequate speeds for measuring such high-frequency signals.

Referring to channel 12, an input signal $A_{in}$ is directed on a signal line 34 to the positive inputs of comparators 22a and 22b. Preferably, the comparators are high-speed ECL devices such as MC10E1652 comparators from Motorola. Each comparator compares $A_{in}$ to reference voltages VRef1 and VRef2, respectively, so that the output of each comparator changes state as $A_{in}$ moves above and below the reference voltage. The values of VRef1 and VRef2 depend, generally, on the construction of the comparators. For example, ECL signals typically range between –0.8V and –1.8V. VRef1 and VRef2 may therefore be set to the mid-point of this range.

The reference voltages may also, however, vary from each other. For example, comparators 22a and 22b typically include hysteresis to avoid false triggers. That is, assuming that Vref1 and Vrefz are both equal to 1V, comparators 22a and 22b might go high when $A_{in}$ rises above 1.25V and low when $A_{in}$ drops below 0.75V. Where VRef1 and VRef2 are respectively set to 0.75V and 1.25V, however, as shown in FIG. 2, the output of comparator 22a goes high when the rising edge of $A_{in}$ rises above 1V and low when the falling edge of $A_{in}$ falls below 0.5V. The output of comparator 22b goes high when the rising edge of $A_{in}$ rises above 1.5V and low when the falling edge of $A_{in}$ drops below 1V. Accordingly, comparators 22a and 22b combine to precisely detect the rising and falling edges of $A_{in}$ at 1V while maintaining their hysteresis protection against false triggers.

As indicated in FIG. 2, comparators 22a and 22b output binary signals having rising edges at the rising edges of $A_{in}$. These binary signals are output to multiplexers 24a and 24b. As discussed below, each multiplexer in the illustrated preferred embodiment has four inputs. For purposes of the present discussion, however, it is assumed that the multiplexers gate the comparator outputs, in their positive, inverse or differential forms, to interpolators 26a and 26b.

Arming circuit 28 triggers the interpolators. Once triggered, each interpolator determines the time between receipt of the next rising edge on the signal from its comparator and a known time reference, for example a rising edge of some subsequent clock pulse provided by the time base. As should be understood in this art, the time base may be provided by a quartz crystal oscillator, for example at a period of 20 ns.

The time measurement is based on the charge or discharge rate of a capacitor within the interpolator. Following arming of the interpolator, the next rising edge from the comparator begins the capacitor's charge or discharge. The subsequent clock pulse edge, however, stops the charge or discharge so that the voltage at the capacitor reflects the time between the

**5**

signal's rising edge and the clock pulse. That is, the capacitor voltage comprises a time signal that corresponds to the occurrence of the signal edge to a predetermined time reference.

The interpolator outputs the time signal to computer 16 and notifies logic circuit 20, primarily comprised of a field programmable gate array (FPGA), that a measurement has occurred. The FPGA also receives the output of continuous time counter 30 and continuous event counter 32. The time counter is embodied entirely by the FPGA and is driven by the time base to count time base pulses. Assuming a 20 ns time base, time counter 30 is a 50 MHz counter. As discussed in more detail below, however, the event counter is comprised of multiple counters, including two parallel ECL 8-bit counters and a 37-bit counter embodied by logic circuit 20, that are driven by the signal passed from the multiplexer so that the event counter sequentially counts pulses in the multiplexer signal. Although a single time counter and a single event counter are illustrated in FIG. 1, it should be understood that a counter pair may be provided for each channel 12 and 14.

At the next time base clock pulse after receiving notification that the interpolator has measured a signal edge, the logic circuit (1) instructs the computer to read the interpolator measurement from the measurement capacitor and (2) reads the time and event counts from counters 30 and 32. It then downloads the time and event counts to memory 18, from which computer 16 retrieves the information to assign to the signal measurement. In this manner, the processor circuit correlates the measured signal edge with time and event measurements from the counters. Thus, a "measurement tag" indicates the time the signal edge occurred and the edge's position within the sequence of edges. In a preferred embodiment, the time count is calibrated to a predetermined time reference so that the measurement tag reflects the real time at which the rising signal edge occurred.

The first measurement circuit 22a–26a/20 may be referred to as the "start" measurement circuit, while the second measurement circuit 22b–26b/20 may be referred to as the "stop" measurement circuit. Generally, time interval analyzer 10 measures characteristics of a desired signal by comparing the time and/or event measurements of the start circuit with that of the stop circuit. The particular measurement depends upon the signal selected at multiplexers 24a and 24b and upon the manner in which arming circuit 28 arms the interpolators. For example, if the start circuit multiplexer passes the A$_{in}$ signal from comparator 22a as shown in FIG. 1, if the stop circuit multiplexer passes the inverse of the A$_{in}$ signal from comparator 22b, and if interpolator 22b is armed immediately following interpolator 26a, but before the expiration of a period equal to the input signal pulse width, the difference between the time portions of the start and stop measurement tags is equal to the pulse width. A more detailed discussion regarding how measurements may be selected is provided below.

The logic circuit outputs to FIFO memory 18 at each clock pulse. Control computer 16 repeatedly reads the memory to perform a desired analysis and/or to display the measured information at a display device 150, for example a video monitor. The control computer also controls the arming circuit and the multiplexer inputs to effect a desired measurement.

As should be understood in this art, the FPGA of logic circuit 20 is a programmable device having a multitude of transistors that can be selectively connected using synthesizer software such as VHDL. That is, once the FPGA's

**6**

desired functions are known, they can be entered into the software which, in turn, controls a suitable device to program the FPGA to perform these functions. It should be within the skill of one of ordinary skill in this art to program an FPGA in accordance with the present invention in light of the present discussion, and a particular FPGA configuration is therefore not discussed in detail herein.

The arrangement illustrated in FIG. 1 may also be used to compare characteristics of input signals A$_{in}$ and B$_{in}$. Because these signals are processed on separate channels, error induced by crosstalk and cross-channel switching circuitry is reduced. A "channel" as referred to herein includes one or more parallel measurement circuits, each of which may be driven by an external signal received from the same input port on the time interval analyzer. However, signals may cross from one channel to another to be used as desired in a given measurement. Preferably, the channels are isolated from each other except for the cross signals, and each channel has its own power supply.

As described above, the interpolator's time period measurement is related to the charge or discharge of a capacitor. FIG. 3 provides a prior art arrangement for effecting a time period measurement using a capacitor. Generally, a capacitor 35 is discharged by a differential transistor pair 36 that is, in turn, controlled by the input signal A$_{in}$ and its inverse A$_{in}$$^{-1}$ provided on lines 38 and 40. Prior to a measurement, A$_{in}$ is low, and A$_{in}$$^{-1}$ is high. Thus, transistor 42 is off, and transistor 44 is on. A constant current source 46 therefore draws current through transistor 44 but not through transistor 42.

A positive edge of input signal A$_{in}$, however, reverses the states of transistors 42 and 44. Constant current source 46 then draws current through transistor 42, thereby discharging capacitor 34. At the end of the pulse, lines 38 and 40 and transistors 42 and 44 return to their original states, thereby ending the discharge of capacitor 35. The decrease in the capacitor's voltage is proportional to the time transistor 42 was activated and, therefore, the period of the signal pulse. A control circuit 47 driven by the signal on line 40 measures the voltage across capacitor 35 at the end of the pulse on lines 38 and 40. Since the capacitor's original voltage is known, the change in voltage indicates the pulse length.

The circuit must then drive capacitor 35 back to its original voltage level. The input signal, through control circuit 47, controls a FET 48 that gates a reference voltage V$_K$ to capacitor 35. Normally, the control circuit activates the FET so that reference voltage V$_K$ is constantly applied to the capacitor, thereby maintaining the capacitor in a charged state. When a pulse is received on lines 38 and 40, the signal's state change causes control circuit 47 to close the FET. At the end of the pulse, the FET is reopened.

FET 48 introduces error to the interpolator measurement. For example, the switching of the FET must be closely synchronized to the input signal pulse and, even where synchronized, injects an error current into the capacitor discharge. Further, the FET typically exhibits some leakage from reference voltage V$_K$ into the capacitor.

The Interpolator

1. The Trigger Circuit

Referring now to FIGS. 4A and 4B (hereafter collectively referred to as FIG. 4), an interpolator 26 according to one preferred embodiment of the present invention includes a trigger circuit having three flip flops 102, 104 and 106. As should be well understood in this art, a flip flop gates its D input to its Q output, and the inverse of the D input to its Q$^{-1}$ output, at each rising edge of its clock input. For example,

**7**

the D input to flip flop **102** is an output signal **50** received from arming circuit **28** (FIG. 1). Prior to enabling a measurement, the arming signal **50** is low. Thus, regardless of the flip flop's clock input, the Q and $Q^{-1}$ outputs are low and high, respectively.

As indicated in the figure, the flip flop clock inputs are differential signals. That is, each input is equal to the difference between the clock input signal and the inverse of the clock input signal. As should be understood in this art, this reduces the effect of signal noise, which would be present on both lines, as it is a typical signal format for use with ECL components. Thus, if the input signal is 0, the differential input is −0.8V. If the input signal is 1, the differential input is 0.8V. For ease of explanation, differential inputs indicated in the figures may be referred to in the present description simply as an input signal.

When the arming circuit outputs an enabling signal on line **50** (that is, when the signal on line **50** goes high), the Q and $Q^{-1}$ outputs of flip flop **102** remain low and high, respectively, until the flip flop receives a rising edge at its clock input. The clock input is the differential signal from multiplexer **24***a* ($A_{in}$ and $A_{in}^{-1}$ where the time interval analyzer's input signal $A_{in}$ is selected at the multiplexer). Thus, the flip flop **102**'s $Q/Q^{-1}$ output changes state at the first rising edge of the input signal $A_{in}$ that follows the enabling signal from the arming circuit. This is the signal edge to which the measurement circuit assigns a measurement tag and is hereafter referred to as the "measured edge."

The differential output signal formed by the Q and $Q^{-1}$ outputs of flip flop **102** is directed to arming circuit **28** (FIG. 1) on lines **52** and **54** to potentially trigger the parallel measurement circuit **22***b*–**26***b*/**20** (FIG. 1) and to instruct the logic circuit to assign the event portion of the measurement tag, as described in more detail below. The $Q/Q^{-1}$ output is also directed to a differential AND gate **108** that controls the discharge of the interpolator's measurement capacitor.

Furthermore, the differential output from flip flop **102** is directed to a buffer **146** and thereafter to an op amp **148** that amplifies the signal and outputs to an analog-to-digital converter (not shown). Control computer **16** (FIG. 1) reads the converter and drives display device **150** to display a message indicating that a measurement has occurred.

The Q output of flip flop **102** is directed to the D input of flip flop **104**. Since flip flop **102**'s Q output is low until the measured edge, flip flop **104**'s $Q/Q^{-1}$ output is low/high until the D input receives this edge. In other words, the measured edge enables flip flop **104**. Flip flop **104**'s clock signal is the differential time base clock signal at lines **56** and **58**. Thus, the flip flop's Q and $Q^{-1}$ outputs change state at the rising clock edge that follows the measured edge.

The differential output formed by the Q and $Q^{-1}$ outputs of flip flop **104** is directed to an ECL/TTL converter **110** that outputs a TTL signal corresponding to the flip flop's differential output on line **60** to logic circuit **20** (FIG. 1). The output of flip flop **104**, as converted to a TTL level on line **60**, enables the logic circuit to assign the time portion of the measurement tag, as discussed below.

The third flip flop **106** receives the Q output from flip flop **104** as its D input. Thus, it is enabled at the occurrence of the first time base clock pulse following the measured edge. Its clock input is also the time base clock signal on lines **56** and **58**. Accordingly, its Q and $Q^{-1}$ outputs change state upon the rising edge of the second clock pulse following the measured edge.

FIG. **5** illustrates the trigger circuit's operation with respect to the arming circuit enabling signal, the selected

**8**

input signal from multiplexer **24***a*, and the time base clock signal. Prior to a pulse **62** on line **50** from the arming circuit, the Q output of each flip flop **102**, **104** and **106** is low. At the rising edge of pulse **62**, however, flip flop **102** enables. At the rising (measured) edge of the following input signal pulse, indicated at **64**, flip flop **102**'s Q and $Q^{-1}$ outputs change state, enabling flip flop **104** and beginning the discharge of the interpolator's measurement capacitor. At the rising edge of the following time base clock pulse, indicated at **66**, flip flop **104**'s Q and $Q^{-1}$ outputs change state, and flip flop **106** enables. At the rising edge of the next time base clock pulse, indicated at **68**, flip flop **106**'s Q and $Q^{-1}$ outputs change state, completing the capacitor's discharge.

Thus, the interpolator's measurement capacitor discharges during a period A between the rising edge of pulse **64** (the measured edge) and the rising edge of pulse **68**. In general, the interpolator measures the period between the measured edge and some subsequent reference event, such as a time base clock pulse. Thus, the measurement period could be the period B between the measured edge and the rising edge of pulse **66**. Measurement A, however, assures that there will be a measurable voltage difference across the measurement capacitor. For example, if the circuit were configured so that the capacitor discharged only between the rising edges of pulses **64** and **66**, there would be no discharge where the pulses occurred at the same instant. Using the additional flip flop stage to extend the measurement period to the second clock pulse assures that the capacitor will discharge for at least one clock period.

Returning to FIG. 4, the differential inputs to AND gate **108** are the $Q/Q^{-1}$ output of flip flop **102** and the inverse $Q/Q^{-1}$ output of flip flop **106**. Thus, before flip flop **102** triggers, the AND gate sees a low signal from flip flop **102** and a high signal from flip flop **106**, and the gate's output is therefore low. When flip flop **102** triggers at the measured edge, both inputs to the AND gate are high, and its output therefore goes high. As indicated in FIG. **5** and as discussed below, this begins the measurement capacitor's discharge. When the output from flip flop **106** goes high at the rising edge of the second clock pulse, the inverse input to the AND gate goes low, and the gate's output goes low, thereby ending the capacitor's discharge.

2. The Shunt Circuit

The output from AND gate **108** is a differential signal on lines **70** and **72** that controls a shunt circuit that includes a differential pair **112** having a pair of high-frequency microwave transistors **74** and **76**. Normally, the shunt circuit presents an open circuit to the measurement capacitor at transistor **74** and allows current to pass through transistor **76**. More specifically, when the AND gate output is low, the signal on line **72** is high, and the signal on line **70** is low. Thus, transistor **74** is deactivated, and transistor **76** is activated.

Differential pair **112** feeds to a constant current source established by a stable voltage source and a resistor. The voltage source is comprised of a 2.5 V reference chip (for example a MAX6225 voltage reference available from Maxim Integrated Products, Inc. of Sunnyvale, Calif.) that outputs to an op-amp **116** that, in turn, controls an npn transistor to maintain a stable 2.5V level above a 100 ohm low thermal coefficient resistor **80**. The npn transistor arrangement could be replaced by a FET arrangement, as should be understood by those skilled in this art. The 2.5V level across resister **80** draws a 25 milliamp(ma) current through differential pair **112**. When transistor **76** is on, and

**9**

transistor **74** is off, current is drawn from a 5V source $V_{CC}$ through transistor **76**.

A diode bridge **118** is disposed upstream from transistor **74**. A 3.75V level is maintained at intermediate pin **2** of bridge **118** on line **82** through op amps **120** and **122**. Line **82** is received from control computer **16** (FIG. 1), which maintains the 3.75V level by software.

Op amp **120** also maintains a 3.75V level at intermediate pin **3** of a diode bridge **124**. Pin **3** connects through a diode **84** and output pin **1** to a 1 ma current sink formed by 2.5V source **114**, an op amp **126** and an npn transistor **86** that maintains a 2.5 V level above a 2.49 kohm low thermal coefficient resistor **128**.

A 1 lma current is applied to input pin **4** of bridge **124** by a constant current source comprised of a 2.5 V reference **130** (for example a MAX6125 voltage reference available from Maxim Integrated Products) driven by a floating reference $V_f$, an op amp **88**, a 2.49 kohm low thermal coefficient resister **132** and a 0.01 microF capacitor **90**.

The 1 ma current into input pin **4** of bridge **124** may pass through either or both of diodes **92** and **94**, depending on the voltage levels at intermediate pins **2** and **3**. As described above, pin **3** is held at 3.75 V. If the voltage across a 560 picoF capacitor **96** (the interpolator's measurement capacitor) is less than 3.75V, the lma current passes through diode **94** and charges the capacitor. When the voltage across the capacitor reaches 3.75 V, however, pins **2** and **3** of diode bridge **124** are balanced, and the current splits between diodes **92** and **94**, and between diodes **84** and **98**, to the 1 ma current sink at output pin **1**. That is, when the voltage level at pin **2** is less than the level at pin **3**, capacitor **96** charges through diode **94** from the 1 ma current source established by reference **130** while the current sink established by reference **114** draws through diode **84** from the 3.75V source. When capacitor **96** fully charges to 3.75V, pins **2** and **3** balance, and the entire lma current from the reference **130** source passes evenly through the two halves of bridge **124** to the current sink. Should capacitor **96** leak, the voltage at pin **2** of bridge **124** drops slightly, and current is drawn through diode **94** from the 1 ma source driven by reference **130** to recharge the capacitor to the 3.75V level.

Thus, while the output of AND gate **108** remains low, bridge **124** and the current source driven by voltage source **130** maintain measurement capacitor **96** at 3.75 V. When the AND gate output goes high, however, the level on lines **70** and **72** change state, activating transistor **74** and deactivating transistor **76**. The 25 ma current sink driven by voltage reference **114** and resistor **80** then draws 25 ma through transistor **74**, allowing capacitor **96** to discharge through transistor **74**. As the capacitor discharges, the voltage level at pin **2** of diode bridge **124** drops, causing current from the 1 ma source driven by voltage reference **130** to pass through diode **94** and transistor **74** to the 25 ma sink. Thus, the current sink draws 24 ma from capacitor **96**.

Capacitor **96** continues to discharge until the output of AND gate **108** returns low. This causes transistor **74** to turn off, thereby blocking the capacitor's discharge path. Thus, the shunt circuit changes from a non-conducting state between the constant current source and the current sink to a conducting state, and vise-versa, responsively to the trigger circuit to define a discharge period for measurement capacitor **96**.

It should be understood, however, that the circuitry could be configured to normally maintain capacitor **96** in a discharged state, wherein the trigger circuit controls the shunt circuit to charge the capacitor during the measurement

**10**

period so that the charge increase across the capacitor corresponds to the measurement period. In such a configuration, npn transistors **74** and **76** are replaced by pnp transistors, and the transistor pair is disposed between a 1 ma constant current sink and a 25 ma current source. The measurement capacitor is connected to the constant current sink so that the transistor pair and the capacitor form parallel inputs to the constant current sink. Normally, the transistor between the 25 ma source and the lma constant sink is off, and the capacitor discharges to the sink. The 25 ma current flows through the second transistor to a resistor or other suitable circuitry. Upon receiving the trigger signal at a triggering level, however, the first transistor activates, directing 1 ma to the constant sink and 24 ma to the capacitor. When the transistor pair switches back to its original state at the measurement's end, the increased voltage across the capacitor corresponds to the measurement period.

Accordingly, in either of the discharge embodiment (FIG. 4) or the charge embodiment described above, there is a first current circuit that is either a constant current source or a constant current sink. The transistor pair and the measurement capacitor are disposed in parallel with respect to the first current circuit. A second current circuit is (1) a current sink where the first current circuit is a constant current source or (2) a current source where the second current circuit is a constant current sink.

3. The Edge Measurement

As indicated in the discussion above with respect to FIG. 5, capacitor **96** discharges for a period of from one to two time base clock periods. Following the rising edge of the time base clock pulse that returns AND gate **108** to its low output (pulse **68** in FIG. 5), control computer **16** (FIG. 1) reads the voltage level on capacitor **96** from a fourteen-bit analog-to-digital converter (not shown) from a line **100**. A 400 MHz FET input op amp **134** (for example an OPA655 available from Burr-Brown Corporation of Tucson, Ariz.) amplifies and outputs the capacitor's voltage to the analog-to-digital converter over line **100**.

The logic circuit downloads the time and event portions of the measurement tag to the computer so that the occurrence of the rising edge of pulse **64** is measured with respect to a known time reference and is identified in numerical position. As discussed above, and referring also to FIGS. **1** and **5**, the output of ECL/TTL converter **110** notifies logic circuit **20** at the rising edge of clock pulse **66**, when the output of flip flop **104** changes state, that a measurement is occurring. The logic circuit then reads the time counter and downloads the time count and the event count to FIFO memory **18**. The propagation delay in making the counter reading is approximately three clock pulses. That is, the actual time counter reading corresponds to the third clock pulse following pulse **66**. However, this delay is consistent and also appears in measurements made by the stop measurement circuit. Thus, where real time measurements are desired, the continuous time counter may be calibrated to account for the delay. Where the device is used to measure the period between start and stop measurements, the delay is subtracted out.

Control Computer **16** repeatedly reads memory **18**. Upon receiving the time tag information, the computer knows a measurement has occurred and therefore reads the voltage across capacitor **96** through the analog-to-digital converter (not shown) and op amp **134**. Accordingly, the computer knows (1) the period between the rising edges of pulses **64** and **68**, as represented by the voltage change across capacitor **96**, (2) the time of the rising edge of pulse **68**, through

**11**

the time counter read, and (3) the numerical position of pulse **64**, for example within a series of signal pulses, through the event counter read. The computer therefore knows the time and position at which the rising (measured) edge of pulse **64** occurred. It should be understood that there may be a variety of forms in which this information may be represented within or presented by the computer. The particular form may depend upon the measurement being performed and the programming arrangement of computer **16**.

Furthermore, as those skilled in this art should understand, a certain period of time is required for the circuit components to settle before the computer may accurately measure the capacitor's voltage level. This period may be generally determined from the circuit part specifications. In one preferred embodiment including an interpolator as in FIG. **4**, control computer **16** measures the voltage at capacitor **96** approximately 10 clock pulses following pulse **68**. Fifteen additional clock pulses are required before the next measurement to allow the capacitor to recharge, and the computer therefore does not rearm an interpolator until at least 300 ns has elapsed. Prior to the next measurement, the logic circuit clears the trigger circuit flip flops **102, 104** and **106** with a signal over line **216** (FIG. **4**).

4. The Boost Circuit

Following the measurement, the **1** ma constant current source driven by voltage reference **130** charges capacitor **96** up to 3.75V at an approximately linear rate without the asymptotic slope that would occur if the capacitor were charged by a voltage source. Were there no other charge source, the constant current source shown in FIG. **4** would charge the capacitor in approximately 600 ns. To reduce the charge time to approximately 100 ns, logic circuit **20** (FIG. **1**) provides a current boost through a NAND gate **136** and bridge circuit **118**.

In general, the NAND gate provides a rising voltage transition between the current source and the measurement capacitor so that the capacitor charges with the transition. The inputs to NAND gate **136** on line **138** are normally high so that the gate's output on line **140** is normally low. After a time delay following the computer's measurement of capacitor **96** through the analog-to-digital computer sufficient to assure that the measurement is complete, the logic circuit drives the signal on line **138** low, thereby causing line **140** to go high. As should be understood in this art, the transition of the signal on line **40** from low to high is not instantaneous. As it begins to rise, the voltage level at input pin **4** of bridge **118** is lower than the 3.75V level on intermediate pin **2**. Thus, diode **142** is reverse biased, and current flows through diode **144** and output pin **3** to charge capacitor **96**. The voltage across capacitor **96** rises with the voltage on line **140** until the voltage at input pin **4** reaches 3.75V. At this point, diode **142** begins to forward bias. Since current cannot flow into the voltage source from pin **2**, however, pin **4** is held at 3.75 V. Capacitor **96**, which slightly lags the voltage on line **140**, continues to charge from the **1** ma current source. When it reaches 3.75V, pins **2, 3** and **4** of bridge **118**, and pins **2** and **3** of bridge **124**, are balanced, and the charge is complete.

A full four-diode bridge is used at **118** for convenience of construction and because the diodes in a pre-packaged bridge circuit are matched, thereby providing a relatively precise balance at the intermediate nodes. It should be understood, however, that a half bridge having two discrete diodes **142** and **144** may be used in place of the full bridge.

Furthermore, where the interpolator is configured in the charge embodiment discussed above, the boost signal is

**12**

inverted so that a falling edge is applied between the first current circuit and the capacitor.

The Continuous Time Counter

Presently, it is difficult or impossible to read a discrete hardware counter operating at a high speed (greater than about 100 MHz for TTL and 500 MHz for ECL) because the counter's output never stabilizes. Even if the output were to stabilize, however, the time necessary to read the counter is greater than the time in which the counter changes state. Thus, there could be no confidence in the counter reading. As discussed above, however, continuous time counter **30** is embodied within the logic circuit's FPGA, which can read the clock up to frequencies within a general range that includes 50 MHz. As should be understood in this art, the FPGA accurately reads its internal clock to determine the time portion of the measurement tag.

The Continuous Event Counter

Because event counter **32** counts ECL input signal pulses, and because the event counter may increment at a frequency greater than 50 MHz, the event counter includes a discrete hardware counter stage upstream from the FPGA. Referring to FIG. **6**, the hardware counter stage includes two parallel eight-bit ECL-logic counters **202** and **204**, each of which is enabled by a flip flop **206**. Specifically, the flip flop's $Q^{-1}$ output enables counter **202**, while the Q output enables counter **204**. Thus, the flip flop controls the counters so that only one is enabled at any time. Furthermore, the flip flop's $Q^{-1}$ output is fed back to its D input so that the flip flop output changes state at the rising edge of each pulse in its clock input. Referring also to FIG. **4**, the flip flop's clock input is the $Q/Q^{-1}$ output from flip flop **102**. Since flip flop **102** changes state at every measured edge, event counter **32** transitions between hardware counters **202** and **204** at every measured edge. Since each counter counts the rising edges of pulses on the signal that includes the rising edge (the differential signal on lines **208/210** from multiplexer **22a** (FIG. **1**)), the count on the counter **202** or **204** that is stopped upon detection of the measured edge corresponds to the measured edge's position in the sequence of rising edges in the input signal.

The overflow bit from each counter **202** and **204** triggers a 37-bit counter **212** in the FPGA. That is, whenever the count of either counter **202** or **204** reaches 255, the next count increments FPGA counter **212**.

In operation, assume that counter **202** is actively counting input signal pulses from lines **208/210**. When flip flop **102** is enabled, the next input signal pulse triggers flip flop **102** which, in turn and in less than the period of one input signal pulse, triggers flip flop **206**. This stops counter **202** and begins counter **204** so that while counter **202** reflects the count at the measured edge, counter **204** continues to count subsequent pulses. Logic circuit **20** stores the count at each stopped counter for use in a later measurement.

The ECL components **202, 204** and **206** permit a transition that is fast enough so that counter **202** or **204** counts the next pulse following the last pulse counted by the other counter **202** or **204**. The counter arrangement illustrated in FIG. **6** can accurately count pulses on an input signal up to a frequency of approximately 1.5 GHz.

The total event count (i.e. the event read) corresponding to the measured edge is equal to the count on the stopped counter **202** or **204**, plus the count from the other counter **202** or **204** when it was last stopped, plus the count of FPGA counter **212** at the time flip flops **102** and **206** trigger. The Q output of flip flop **206** is received by logic circuit **20**, which is configured to sum these numbers at each transition of the

**13**

flip flop **206**'s Q output. The resulting sum is the event portion of the measurement tag described above.

In a preferred embodiment, an event counter as shown in FIG. **6** is provided for each of the start and stop measurement circuits in each of channels **12** and **14**. Similarly, the logic circuit may embody a separate continuous time counter for each measurement circuit.

The Input Signal Multiplexers

Referring to FIGS. **1** and **7**, control computer **16** controls multiplexers **24a** and **24b** to gate any of four inputs to their respective interpolators. The four selectable inputs to multiplexer **24a** are the channel **12** input signal $A_{in}$, the input signal inverse $A_{in}^{-1}$, the input signal $B_{in}$ to channel **14** and a calibration signal. The inputs to multiplexer **24b** are $A_{in}$, the inverse $A_{in}^{-1}$, the inverse $B_{in}^{-1}$ and the calibration signal.

The Arming Circuit

Referring now to FIG. **8**, arming circuit **28** includes a pair of flip flops **156a** and **156b** that respectively arm interpolators **26a** and **26b**. The D input for each flip flop is an output from control computer **16** that is directed to the flip flop through a TTL-to-ECL converter (not shown). The Q output of each flip flop feeds to the D input of first stage flip flops **102** (see also FIG. **4**) in interpolators **26a** and **26b**. Thus, once computer **16** arms flip flop **156a** or **156b** with a high signal at its D input, the next rising edge received at the flip flop's clock input gates the high signal to the flip flop's Q output to thereafter enable the interpolator flip flop **102**. This begins the interpolator measurement. That is, once the computer enables the arming circuit flip flop, the flip flop clock input arms the measurement circuit to begin the measurement.

The clock inputs are provided by respective multiplexers **158a** and **158b**, allowing the user in the embodiment illustrated in FIG. **8** to select one of six possible inputs from which to arm each measurement circuit. The selection of the arming signal at multiplexers **158a** and **158b**, and the selection of the measurement circuit input signal at multiplexers **24a** and **24b** (FIGS. **1** and **7**), determine the measurement is performed at channel **12** (FIG. **1**). Referring also to FIG. **9**, for example, assume that the user selects, through user input switch **164** and computer **16**, the time interval analyzer's channel **12** input signal $A_{in}$ at multiplexers **24a** and **158a** and that computer **16** has enabled flip flop **156a** at **168**. The rising edge of the next input signal pulse **170** triggers flip flop **156a**, thereby enabling flip flop **102**. Since $A_{in}$ is also selected at multiplexer **24a**, the $A_{in}$ signal is directed to the clock input of flip flop **102**. Due to the propagation delay through multiplexer **158a** and flip flop **156a**, however, flip flop **102** triggers at the rising edge of the next input signal pulse, **64**. This edge is, therefore, the measured edge as described above.

Had $A_{in}^{-1}$ been selected at multiplexer **24a**, the start measure circuit would have measured the falling edge of pulse **170**.

A user might select $B_{in}$ at multiplexer **158a** and $A_{in}$ at multiplexer **24a** to measure the $A_{in}$ signal based on an event in the $B_{in}$ signal. For example, if $A_{in}$ describes events that occur during a shaft's rotation, and if $B_{in}$ is a signal corresponding to the count of shaft rotations, this arrangement could be used to measure an $A_{in}$ event at each shaft rotation. Furthermore, the user may arm a measurement by an external signal directed to the time interval analyzer through an appropriate port.

The logic circuit may also be used to provide an arming signal through the "FPGA" input to the multiplexers. This

**14**

input can be used to provide a variety of pre-programmed and/or adjustable arming signals. For example, the FPGA is driven by the time base clock and in a preferred embodiment is programmed to divide down the clock by a factor N selected by the user through switch **164** and computer **16** to produce a signal at the FPGA input to the multiplexers that has a pulse at every Nth time base clock pulse. Thus, the signal selected at multiplexer **24a** is measured every N time base clock pulses.

Furthermore, a divide-by-N counter **214** is driven by the output signal from start measurement circuit multiplexer **24a**. Thus, the start and/or stop measure circuits can be armed by the start measurement circuit's input signal, divided by a desired factor. For example, assuming that counter **214** is an eight-bit counter and that it is desired to measure the start measurement circuit's input signal at every 100th pulse, computer **16** initially loads counter **214** to **156**. When the counter reaches **255**, the next count rolls the counter back to **156** and outputs a pulse to multiplexer **158a**. A divide-by-N counter may be provided for each of the start and stop measurement circuits.

The time interval analyzer may be configured to measure subsequent pulse edges, whether for pulse width, single period or other desired measurement, by deactivating the D input to flip flop **156b** and enabling the stop measurement trigger circuit with an output from the start measurement trigger circuit. For example, to measure pulse width, computer **16** selects the $A_{in}$ input at multiplexers **158a** and **24a** and deactivates flip flop **156b**. Referring again to FIG. **9**, upon enabling flip flop **156a**, but not flip flop **156b**, at **168**, flip flop **102** of the start measurement circuit interpolator **26a** is enabled at the rising edge of pulse **170**. Thus, the interpolator measures the rising edge of the next pulse **64**. At pulse **64**'s rising edge, the $Q/Q^{-1}$ output of flip flop **102** in the start measurement interpolator changes state, and this output is directed to the input of an OR gate **216**. This causes the OR gate output to go high, thereby enabling flip flop **102** of stop measurement interpolator **26b**. Since the computer has selected the $A_{in}^{-1}$ input to the stop measurement multiplexer **24b**, the stop measurement interpolator's flip flop **102** changes state at the next falling edge it receives, which in this case is the falling edge of pulse **64**. As described above, the logic circuit outputs, through FIFO memory **18**, a measurement tag to the computer that corresponds to each measured edge. The difference in the time portions of these tags is equal to the time interval over the width of pulse **64**. Computer **16** determines this difference and outputs an appropriate signal to the display device to notify the user.

Accordingly, the time interval analyzer can measure the time interval between events on an input signal by comparing the time portion of the measurement tags of these events as measured by the start and stop measurement circuits. Additional measurement circuits, similar to and in parallel with the start and stop measurement circuits, can be added to enable time interval measurements among several signal events within a relatively short period of time. The selection of a given measurement is determined by the selections of the input signals and arming signals to each measurement circuit, and it should be understood that the measurement circuits and the arming circuits can be configured in any suitable arrangement with any suitable input signal(s) to achieve a desired time interval measurement. Thus, it should be understood that such configurations and combinations fall within the scope and spirit of the present invention.

For instance, assume that it is desired to measure the time interval between the rising edges of first and fifth pulses on an input signal $A_{in}$. Control computer **16** may select $A_{in}$ at

**15**

multiplexers **24a** and **158a**. At the same time, the computer loads counter **214** to **251** and selects the counter output as the input to multiplexer **158b**. Thus, the stop measurement circuit arms five pulses after the start measurement circuit and, therefore, measures the rising edge of the fifth pulse following the start measurement circuit's measured pulse.

Furthermore, a time interval analyzer according to the present invention may be used to measure jitter in an input signal. Referring to FIG. 11, cycle-to-cycle jitter may be measured by comparing the periods of subsequent signal cycles, for example the period indicated at X to the period indicated at Y. Referring also the FIG. 1, this measurement may be effected by selecting the $A_{in}$ input to multiplexers **24a** and **24b**, selecting the $A_{in}$ input the multiplexer **158a** (FIG. 8) and deactivating multiplexer **156b** (FIG. 8). Channel **14** has the same configuration and is armed to measure the period immediately following the period measured by channel **12**. Thus, control computer **16**, which may be embodied by the same computer for both channels **12** and **14**, measures the periods of cycles X and Y.

More specifically, the output of flip flop **102** on lines **52** and **54** (FIG. 4) is directed to the arming circuit multiplexer **158a** (FIG. 8) for the start measurement circuit of channel **14** so that the signal arms channel **14**'s start measurement circuit. Thus, the channel **14** start measurement circuit measures the first rising edge following the rising edge of pulse **230**, i.e. the rising edge of pulse **232**. The channel **14** stop measurement circuit is armed as described above to measure the falling edge of pulse **232** to define the pulse width. The comparison of the pulse width measurements made by channels **12** and **14** indicates jitter present on signal $A_{in}$.

To measure duty cycle, channel **12** is configured to measure period X, and channel **14** is configured to measure pulse width W. The signal's duty cycle, therefore, is equal to W/X. In an alternate configuration, channel **12** includes three parallel measurement circuits so that the single channel can measure three subsequent edges (the rising and falling edges of pulse **230** and the rising edge of pulse **232**) to thereby measure duty cycle. To measure pulse-width-to-pulse-width jitter, channel **12** measures the pulse width of pulse **230**, and channel **14** measures the width of pulse **232**. Comparison of these measurements indicates jitter from one pulse to another. It should be understood that various measurements may be made to detect jitter error.

To measure the slope of a rising signal edge, the $A^{in}$ in input is selected at each of the multiplexers **24a** and **24b**, and VRef2 is offset from VRef1 so that the start measurement circuit measures the time at which a rising edge of a pulse on the input signal reaches a first voltage level and so that the stop measurement circuit measures the time at which the edge reaches a second, higher, level. The voltage level difference divided by the time difference is the edge slope.

Computer **16** may store predetermined measurement configurations such as pulse width, single period width and duty cycle, that may be selected by the user through switch **164**. Switch **164** may comprise any suitable mechanism such as a button or a software option. For example, predefined measurement options may be presented to the user as selectable icons on the display device.

Real Time Measurements

The time interval analyzer may be calibrated so that the time portion of the measurement tag to a measured event corresponds to real time. Referring to FIG. 10, the time interval analyzer includes two inputs received from a global positioning system (GPS) **216** and directed to logic circuit

**16**

**20** and computer **16**, respectively. The construction and operation of global positioning systems does not, in and of itself, form a part of the present invention and is therefore not discussed herein. As should be understood, however, GPS systems typically output both a 1 Hz binary signal and a serial signal that identifies the time at the rising edges of pulses in the binary signal. The time interval analyzer inputs are configured so that the serial input is directed to computer **16** and the 1 Hz signal is directed to logic circuit **20**.

Computer **16** reads the exact time from the serial input and thereby knows the time at the next pulse on the 1 Hz signal. Thus, before the next pulse arrives, computer **16** instructs logic circuit **20** to load continuous time counter **30** (FIG. 1) to a predetermined count, for example a count equal to the number of pulses of a 50 MHz signal beginning at Jan. 1, 1970 and ending at the next GPS pulse. The computer also instructs logic circuit **20** to start the continuous time counter at the arrival of the GPS pulse. Thus, the continuous time counter is calibrated to real time.

There is, generally, some error in the real time calibration. For example, GPS pulses typically exhibit an approximately 20 ns jitter. Furthermore, the time counter is driven by the time base clock. Since the occurrence of the time base pulse may not exactly coincide with the GPS pulse, an error up to one period of the time base clock may also be introduced. Such error, however, is acceptable for real time measurement of signal events.

Furthermore, it should be understood that the real time calibration can be configured to account for delays in the measurement circuitry. For example, the three-pulse delay in assigning the time portion of the measurement tag described above may be accommodated by delaying the start of the continuous time counter until three time base clock pulses following receipt of the GPS pulse or by programming the logic circuit or computer to account for the difference.

While one or more preferred embodiments of the invention have been described above, it should be understood that any and all equivalent realizations of the presented invention are included within the scope and spirit thereof. The embodiments depicted are present by way of example only and are not intended as limitations on the present invention. Thus, it should be understood by those of ordinary skill in the art that the present invention is not limited to these embodiments since modifications can be made. Therefore, it is contemplated that any and all such embodiments are included in the present invention as may fall within the literal or equivalent scope of the appended claims.

What is claimed is:

1. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

    a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first event and at a nontriggering level upon occurrence of a reference event that follows said first event;

    a first current circuit having a current source or a current sink;

    a second current circuit having

        a current sink where said first current circuit has a current source, or

        a current source where said first current is circuit has a current sink;

    a capacitor;

    a shunt,

    wherein said shunt and said capacitor are operatively disposed in parallel with respect to said first current circuit,

**17**

wherein said shunt is disposed between said first current circuit and said second current circuit, and

wherein said shunt receives said trigger signal and is selectable between conducting and non-conducting states between said first current circuit and said second current circuit depending upon said trigger signal so that

said shunt is driven to said conducting state from said non-conducting state upon receiving said trigger signal at said triggering level and

said shunt is driven to said non-conducting state from said conducting state upon receiving said trigger signal at said non-triggering level; and

a current boost circuit in communication with said capacitor, said current boost circuit configured to apply a voltage transition between said first current circuit and said capacitor upon occurrence of said reference event so that said capacitor voltage changes with said voltage transition.

**2**. The analyzer as in claim **1**, wherein said boost circuit includes a logic gate in communication with said trigger circuit so that said logic gate outputs a signal at a first state upon occurrence of said first event and outputs said voltage transition from said first state upon occurrence of said reference event.

**3**. The analyzer as in claim **2**, including a logic circuit operatively between said trigger circuit and said logic gate, said logic circuit being configured to receive said trigger signal and to drive said logic gate to output said voltage transition from said first state responsively thereto.

**4**. The analyzer as in claim **2**, including a diode bridge operatively disposed between said logic gate and said capacitor.

**5**. The analyzer as in claim **4**, wherein said diode bridge includes only two diodes, and wherein

a first node of said bridge is connected to said logic gate,

a first said diode defines a current path between said first node and a second node of said bridge,

a second said diode defines a current path between said first node and a third node of said bridge,

said second node is connected to a constant voltage source, and

said third node is connected to said capacitor.

**6**. The analyzer as in claim **2**, including a full diode bridge having

a first node connected to said logic gate,

a second node,

a first diode pair defining a first current path between said first node and said second node,

a second diode pair defining a second current path parallel to said first current path between said first node and said second node,

a first intermediate node between diodes of said first diode pair, and

a second intermediate node between diodes of said second diode pair,

wherein said first intermediate node is connected to a constant voltage source and wherein said second intermediate node is connected to said capacitor.

**7**. The analyzer as in claim **6**, wherein said second intermediate node is connected to said capacitor and said shunt so that said capacitor and said shunt are disposed in parallel with respect to said second intermediate node.

**8**. The analyzer as in claim **6**, wherein said second node is open.

**18**

**9**. The analyzer as in claim **1**, including a processor circuit in communication with a first said capacitor and a second said capacitor and configured to measure a voltage across said first capacitor following its said reference event and across said second capacitor following its said reference event and to compare said voltage across said first capacitor to said voltage across said second capacitor to determine a time interval between said first event measured by said first capacitor and said first event measured by said second capacitor.

**10**. The analyzer as in claim **1**, wherein said first current circuit has a current source and said second current circuit has a current sink, and wherein said current boost circuit applies a rising edge said voltage transition between said current source and said capacitor.

**11**. The analyzer as in claim **1**, wherein said first current circuit has a current sink and said second current circuit has a current source, and wherein said current boost circuit applies a falling edge said voltage transition between said current sink and said capacitor.

**12**. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first event and at a nontriggering level upon occurrence of a reference event that follows said first event;

a first current source;

a capacitor in communication with said current source;

a current sink;

a differential transistor pair disposed between said first current source and said current sink so that said transistor pair and said capacitor form parallel outputs with respect to said first current source, said transistor pair including a first transistor and a second transistor, wherein said first transistor is operatively disposed between said first current source and said current sink to conduct current to said current sink, wherein said second transistor is operatively disposed between a second current source and said current sink to conduct current to said current sink, and wherein said trigger signal controls said first transistor and said second transistor so that

said first transistor is activated, and said second transistor is deactivated, when said trigger signal is at said triggering level, and

said first transistor is deactivated, and said second transistor is activated, when said trigger signal is at said non-triggering level;

a logic gate in communication with said trigger circuit so that said logic gate outputs a low signal upon occurrence of said first event and outputs said rising edge voltage transition from said low signal upon occurrence of said reference event, said logic gate being in operative communication with said capacitor to apply said rising edge voltage transition between said current source and said capacitor so that said capacitor charges with said voltage transition; and

a diode bridge operatively disposed between said logic gate and said capacitor.

**13**. The analyzer as in claim **2**, wherein said diode bridge has

an input node connected to said logic gate,

an output node,

a first diode pair defining a first current path from said input node to said output node,

**19**

a second diode pair defining a second current path parallel to said first current path from said input node to said output node,

a first intermediate node between diodes of said first diode pair, and

a second intermediate node between diodes of said second diode pair,

wherein said first intermediate node is connected to a constant voltage source and wherein said second intermediate node is connected to said capacitor.

14. The analyzer as in claim 13, wherein said second intermediate node is connected to said capacitor and said transistor pair so that said capacitor and said transistor pair form parallel outputs with respect to said second intermediate node.

15. A time interval analyzer for measuring time intervals between events in an input signal, said analyzer comprising:

a trigger circuit that receives said input signal and that outputs a trigger signal at a triggering level upon occurrence of a first event and at a nontriggering level upon occurrence of a reference event that follows said first event;

a first current circuit having a current source or a current sink;

a second current circuit having

a current sink where said first current circuit has a current source, or

a current source where said first current circuit has a current sink;

a capacitor;

a differential transistor pair disposed between said first current circuit and said second current circuit so that said transistor pair and said capacitor are disposed in parallel with respect to said first current circuit, said transistor pair including a first transistor and a second transistor, wherein said first transistor is operatively disposed between said first current circuit and said second current circuit to conduct current therebetween, wherein said second transistor is operatively disposed in parallel with said first transistor with respect to said second current circuit, and wherein said trigger signal controls said first transistor and said second transistor so that

said first transistor is activated, and said second transistor is deactivated, when said trigger signal is at said triggering level, and

said first transistor is deactivated, and said second transistor is activated, when said trigger signal is at said non-triggering level;

a first logic gate in communication with said trigger circuit so that said first logic gate outputs a signal at a first state upon occurrence of said first event and outputs a voltage transition from said first state upon occurrence of said reference event, said first logic gate being in operative communication with said capacitor to apply said voltage transition between said current source and said capacitor so that said capacitor voltage changes with said voltage transition; and

a diode bridge operatively disposed between said first logic gate and said capacitor,

wherein said trigger circuit includes a first flip flop that has a clock input that receives said input signal so that the output from said first flip flop changes state upon occurrence of said first event.

**20**

16. The analyzer as in claim 15, wherein said trigger circuit includes

a second flip flop that is enabled by said first flip flop output upon occurrence of said first event and that has a clock input that receives a reference signal so that the output from said second flip flop changes state upon occurrence of an event of said reference signal prior to said reference event,

a third flip flop that is enabled by said second flip flop output upon occurrence of said event prior to said reference event and that has a clock input that receives said reference signal so that the output from said third flip flop changes state upon occurrence of said reference event, and

a second logic gate that outputs said trigger signal and that receives said output from said first flip flop and said output from said third flip flop so that said logic gate drives said trigger signal to said triggering level upon occurrence of said first event and drives said trigger signal to said nontriggering level upon occurrence of said reference event.

17. The analyzer as in claim 16, wherein said diode bridge has

an first node connected to said first logic gate,

a second node,

a first diode pair defining a first current path between said first node and said second node,

a second diode pair defining a second current path parallel to said first current path between said first node and said second node,

a first intermediate node between diodes of said first diode pair, and

a second intermediate node between diodes of said second diode pair,

wherein said first intermediate node is connected to a constant voltage source and wherein said second intermediate node is connected to said capacitor.

18. The analyzer as in claim 17, wherein said second intermediate node is connected to said capacitor and said transistor pair so that said capacitor and said transistor pair are disposed in parallel with respect to said second intermediate node.

19. The analyzer as in claim 18, including a processor circuit in communication with a first said capacitor and a second said capacitor and configured to measure a voltage across said first capacitor following its said reference event and across said second capacitor following its said reference event and to compare said voltage across said first capacitor to said voltage across said second capacitor to determine a time interval between said first event measured by said first capacitor and said first event measured by said second capacitor.

20. The analyzer as in claim 15, wherein said first current circuit has a current source and said second current circuit has a current sink, and wherein said current boost circuit applies a rising edge said voltage transition between said current source and said capacitor.

21. The analyzer as in claim 15, wherein said first current circuit has a current sink and said second current circuit has a current source, and wherein said current boost circuit applies a falling edge said voltage transition between said current sink and said capacitor.

* * * * *