TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ttherhold@townsend.com
       rjartuz@townsend.com
       brchin@townsend.com

Attorneys for Defendant and Counterclaimant,
GUIDETECH, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUIDETECH, INC.,<br><br>    Defendant.<br>―――――――――――――――――<br>GUIDETECH LLC,<br><br>    Counterclaimant,<br><br>    v.<br><br>BRILLIANT INSTRUMENTS, INC.,<br><br>    Counterdefendant. | Case No. C09-05517 (CW)<br><br>**CORRECTED STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>**DEMAND FOR JURY TRIAL** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

CORRECTED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C09-05517 (CW)                                                                                                          - 1 -

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☒ Early Neutral Evaluation (ENE)  (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-18 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR Session by:

☒ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ Other requested deadline

The parties respectfully request, if one is available, an ENE evaluator who has some background in electrical engineering or experience in litigating patent cases that involve electrical engineering technology.

Dated:  April 15, 2010        /s/ *Thomas W. Lathram* (with permission by Theodore T. Herhold)
                              Thomas W. Lathram
                              Silicon Edge Law Group

                              Attorneys for Plaintiff and Counterdefendant
                              Brilliant Instruments, Inc.

Dated:  April 15, 2010         /s/ *Theodore T. Herhold*
                              Theodore T. Herhold
                              Robert J. Artuz
                              Townsend and Townsend and Crew LLP

                              Attorneys for Defendant and Counterclaimant
                              GuideTech, LLC

CORRECTED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
C09-05517 (CW)                                                                  - 2 -

townsend.

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation (ENE). The deadline for the parties to complete the Early Neutral Evaluation is within 90 days from the date of this Order.

IT IS SO ORDERED:

Dated: April 19, 2010

_____
The Honorable Claudia Wilken
United States District Court Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45 § X(B)**

The ECF registered attorney, by virtue of his/her electronic filing of this document, attests that in concurrence with the filing of this document, original signatures have been obtained from each of the signatories named herein.