TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: ttherhold@townsend.com
       rjartuz@townsend.com
       brchin@townsend.com

Attorneys for Defendants, Counterclaimants, and
Counterdefendants, GUIDETECH, LLC and RONEN SIGURA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>GUIDETECH, INC.,<br><br>      Defendant.<br><br>and Related Counterclaims | Case No. C09-05517 (CW)<br><br>**ORDER GRANTING GUIDETECH, LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6** |

Defendant GuideTech, LLC has filed its Unopposed Motion For Leave to Amend its Infringement Contentions pursuant to Patent Local Rule 3-6.  The Court having considered the pleadings and papers submitted in support of the Motion, and no Opposition thereto, after due deliberation and good cause appearing therefore,

///

///

///

///

[PROPOSED] ORDER GRANTING GUIDETECH, INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6"
CASE NO. C09-05517 (CW)

- 1 -

1  **IT IS HEREBY ORDERED THAT:**

2  GuideTech, LLC's Unopposed Motion for Leave to Amend its Infringement Contentions

3  pursuant to Patent Local Rule 3-6 is hereby **GRANTED**.

5  DATED: **1/3/2011**

7  :  *[signature]*

8  The Honorable Claudia Wilkin
United States District Judge

[PROPOSED] ORDER GRANTING GUIDETECH, INC.'S UNOPPOSED MOTION FOR LEAVE TO
AMEND ITS INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6"  - 2 -
CASE NO. C09-05517 (CW)

townsend.