TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: ttherhold@townsend.com
         rjartuz@townsend.com
         brchin@townsend.com

Attorneys for Defendants, Counterclaimants, and
Counterdefendants, GUIDETECH, LLC and RONEN SIGURA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>GUIDETECH, INC.,<br><br>          Defendant.<br><br>and Related Counterclaims | Case No. C09-05517 (CW)<br><br>**ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBITS 13 AND 18 TO THE DECLARATION OF ROBERT J. ARTUZ IN SUPPORT OF GUIDETECH LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

Defendant GuideTech LLC's ("GuideTech") Miscellaneous Administrative Request under Civil Local Rule 79-5 to file under seal the document listed below is hereby GRANTED:

- Exhibits 13 and 18 to the Declaration of Robert J. Artuz in Support of GuideTech LLC's Unopposed Motion for Leave to Amend its Infringement Contentions.

///

///

///

///

1     The foregoing documents shall be filed under seal.

2     IT IS SO ORDERED.

3 DATED: 1/6/2011

_____
The Honorable Claudia Wilken
United States District Judge

28   63078266 v1