KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: therhold@kilpatricktownsend.com
 rartuz@kilpatricktownsend.com
 bchin@kilpatricktownsend.com

Attorneys for Defendants and Counterclaimants,
GUIDETECH, LLC and RONEN SIGURA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| BRILLIANT INSTRUMENTS, INC., | Case No. C09-05517 CW (JCS) |
|---|---|
| Plaintiff, | **[PROPOSED] CLAIM CONSTRUCTION ORDER** |
| v. | |
| GUIDETECH, INC., and RONEN SIGURA, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Defendants GuideTech, LLC has filed its Claim Construction Brief on April 21, 2011.

Plaintiff and Counterdefendant Brilliant Instruments, Inc. and Defendant GuideTech LLC dispute the meaning of several terms and phrases used in U.S. Patents 6,091,671, 6,181,649 and 6,226,231. Brilliant and GuideTech each ask the Court to adopt its proposed construction of the disputed terms and phrases. Having considered the parties' papers, the evidence cited therein and oral argument, the Court construes the disputed terms and phrases as set forth herein.

IT IS HEREBY ORDERED THAT:

The Court adopts the parties' agreed constructions of the following terms: Accordingly:

1. The Court construes "current boost circuit" as "a circuit that increases current flow



1     to or from an electrical component."

2     2.     The Court construes "<u>measurement circuit</u>" as "a circuit that performs a measurement."

3     3.     The Court construes "<u>processor circuit</u>" as "a circuit that can perform logical and arithmetic operations."

4     4.     The Court construes "<u>shunt</u>" as "a current switch."

5     5.     The Court construes "<u>current sink</u>" as "a current source that draws an electrical current."

6     6.     The Court finds that "<u>time interval analyzer</u>" is not a claim limitation because it appears only in the preamble of the asserted claims.

     The Court adopts the claim constructions proposed by Defendant and Counterclaimant GuideTech LLC for the remaining claims to be construed. Accordingly:

1.     The Court adopts GuideTech LLC's construction of "<u>signal channel</u>" as "an electrical circuit that includes a signal path for transmitting electrical signals and includes one or more parallel measurement circuits."

2.     The Court adopts GuideTech LLC's construction of "<u>defined within a signal channel</u>" as "present in a signal channel."

3.     The Court adopts GuideTech LLC's construction of "<u>current source</u>" as "an electrical component that provides electric current."

4.     The Court adopts GuideTech LLC's construction of "<u>operatively disposed in parallel</u>" as "arranged in a manner capable of forming alternate paths of current, such that current can flow across one or the other path."

5.     The Court adopts GuideTech LLC's construction of "<u>parallel outputs</u>" as "outputs that are arranged such that a current path divides between the outputs."

**IT IS SO ORDERED**



1 DATED:

The Honorable Claudia Wilken
United States District Judge

63268191 v1



[PROPOSED] CLAIM CONSTRUCTION ORDER
CASE NO. C09-05517 CW (JCS)

3