KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:   (650) 326-2422
Email: therhold@kilpatricktownsend.com
          rartuz@kilpatricktownsend.com
          bchin@kilpatricktownsend.com

Attorneys for Defendants and Counterclaimants,
GUIDETECH, LLC and RONEN SIGURA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUIDETECH, INC., and RONEN SIGURA, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C09-05517 CW (JCS)<br><br>**[PROPOSED] ORDER GRANTING GUIDETECH LLC'S MOTION TO FOR SUMMARY JUDGMENT OF ASSIGNOR ESTOPPEL** |

Defendant GuideTech LLC has filed its Motion for Summary Judgment of Assignor Estoppel.  The Court having considered the pleadings and papers submitted in support of the Motion, after due deliberation and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

Defendant's Motion for Summary Judgment of Assignor Estoppel is hereby **GRANTED**.

/ / /

/ / /

/ / /



[PROPOSED] ORDER GRANTING GUIDETECH LLC'S MOTION FOR SUMMARY JUDGMENT OF ASSIGNOR ESTOPPEL - CASE NO. C09-05517 CW (JCS)

1

**IT IS SO ORDERED**

DATED: _____

                                The Honorable Claudia Wilken
                                United States District Judge

63271540 v1



[PROPOSED] ORDER GRANTING GUIDETECH LLC'S MOTION FOR SUMMARY JUDGMENT OF ASSIGNOR ESTOPPEL - CASE NO. C09-05517 CW (JCS)

2