KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: therhold@kilpatricktownsend.com
       rartuz@kilpatricktownsend.com
       bchin@kilpatricktownsend.com

Attorneys for Defendants and Counterclaimants,
GUIDETECH, LLC and RONEN SIGURA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDETECH, INC., and  RONEN SIGURA, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C09-05517 CW (JCS) <br><br> **[PROPOSED] ORDER DENYING BRILLIANT INSTRUMENTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** |

Defendants GuideTech, LLC has filed its Opposition to Brilliant Instruments, Inc.'s Motion for Summary Judgment of Non-Infringement.  The Court having considered the pleadings and papers submitted in support of the Opposition, after due deliberation and good cause appearing therefore,

///

///

///

///



[PROPOSED] ORDER DENYING BRILLIANT INSTRUMENTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT - CASE NO. C09-05517 CW (JCS)

1

1     **IT IS HEREBY ORDERED THAT:**

2     Brilliant Instruments, Inc.'s Motion for Summary Judgment of Non-Infringement is hereby

3 DENIED.

5 **IT IS SO ORDERED**

7 DATED:

                                          The Honorable Claudia Wilken
                                          United States District Judge

63271527 v1

