KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: therhold@kilpatricktownsend.com
      rartuz@kilpatricktownsend.com
      bchin@kilpatricktownsend.com

Attorneys for Defendants, Counterclaimants and
Counter-Defendants, GUIDETECH, LLC and RONEN SIGURA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDETECH, INC., and RONEN SIGURA, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C09-05517 CW (JCS) <br><br> **STIPULATION TO CONTINUE PRETRIAL DEADLINES AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, Counterdefendant and Counterclaimant Brilliant Instruments, Inc. ("Brilliant"), Defendant, Counterclaimant and Counterdefendant GuideTech, LLC ("GuideTech"), and Defendant Ronen Sigura ("Sigura") hereby submit their Stipulation to Continue Pretrial Deadlines and Proposed Order.

On July 8, 2011, the parties filed a Joint Motion for Continuance of the Trial Date (Dkt 134) in view of a stipulation entered among the parties regarding the consolidation of certain



1  business tort claims (Dkt. 133).  That motion was jointly filed by all parties in this action and is

2  unopposed.  In the Joint Motion, the parties requested that the trial date be rescheduled for

3  January 16, 2012, and that the Final Pretrial Conference be rescheduled to January 3, 2012.  As the

4  Court has not yet ruled on the parties' Joint Motion, under the present schedule set forth by the

5  Court's Order for Pretrial Preparation, the parties are to exchange papers and motions in limine by

6  July 29, 2011, to have lead trial counsel meet and confer by August 10, 2011, and to file their

7  Pretrial Conference Statement by August 20, 2011.  Dkt 29, at 4.

8       Pursuant to Local Rule 6-2, the parties submit this stipulated request to move the

9  abovementioned dates to a time consistent with the proposed new Final Pretrial Conference date of

10  January 3, 2012.  Accordingly, pursuant to the Court's Order for Pretrial Preparation, the parties

11  stipulate to the following new pretrial dates and seek an Order from the Court approving the

12  stipulation:

13      The parties shall exchange pretrial papers and motions in limine by <u>December 5, 2011.</u>

14      Lead trial counsel shall meet and confer by <u>December 15, 2011</u>.

15      The parties shall file their Pretrial Conference Statement by <u>December 23, 2011</u>.

16      In the event the Court adopts a Final Pretrial Conference date different from that proposed

17  in the parties joint motion (Dkt 134), the parties shall comply with the pretrial dates for the above

18  actions as set forth in the Order for Pretrial Preparation.  Dkt 29, at 4.

19  DATED:  July 21, 2011                              Respectfully submitted,

20  SILICON EDGE LAW GROUP LLP              KILPATRICK TOWNSEND & STOCKTON LLP

21  By:   /s/ *Thomas W. Lathram*                    By:    /s/ *Robert J. Artuz*
22        Thomas W. Lathram                              Robert J. Artuz

23  Attorneys for Brilliant Instruments, Inc.         Attorneys for GuideTech LLC and Ronen Sigura

24      PURSUANT TO STIPULATION, IT IS SO ORDERED.  **Along with their Pretrial
25  Conference Statement, the parties shall file all other documents required by section 3
of the Court's Order for Pretrial Preparation on December 23, 2011.  Pretrial will be
26  held January 3, 2012 at 2:00 p.m.  Jury trial will begin on January 17, 2012 at 8:30
a.m.**

27  Dated:  __7/21/2011_____        _____
28                                                   Claudia Wilken
                                                 United Stated District Judge



ATTESTATION CLAUSE REGARDING SIGNATURES

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel, as indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: July 21, 2011  Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:    /s/ *Robert J. Artuz*
      ROBERT J. ARTUZ

Attorneys for Defendants, Counterclaimants and Counter-Defendants
GUIDETECH LLC AND RONEN SIGURA

63614121 v1

