1  Thomas W. Lathram (State Bar No. 59639)
   Tom@SiliconEdgeLaw.com
2  Arthur J. Behiel (State Bar No. 172165)
   Art@SiliconEdgeLaw.com
3  Steve P. Hassid (State Bar No. 219913)
   Steve@SiliconEdgeLaw.com
4  SILICON EDGE LAW GROUP LLP
   6601 Koll Center Parkway, Suite 245
5  Pleasanton, CA 94566
   Telephone: (925) 621-2110
6  Facsimile: (925) 621-2119

7  Attorneys for Plaintiff, Counterdefendant
   and Counterclaimant
8  BRILLIANT INSTRUMENTS, INC.

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | BRILLIANT INSTRUMENTS, INC. | Civil No. C09-05517 CW (JCS)
14 |         Plaintiff,           | [PROPOSED] ORDER AND
                                  | STIPULATION SEEKING DISMISSAL OF
15 |     v.                       | BRILLIANT'S STATE LAW CLAIMS
                                  | WITHOUT PREJUDICE
16 | GUIDETECH, INC., and
   | RONEN SIGURA, an individual,
17 |
   |         Defendants.
18 |

19  and Related Counterclaims

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      Plaintiff, Counterdefendant and Counterclaimant Brilliant Instruments, Inc. ("Brilliant"),

23  Defendant, Counterclaimant and Counterdefendant GuideTech, LLC ("GuideTech") and

24  Defendant Ronen Sigura ("Sigura"), hereby submit their [Proposed] Order and Stipulation

25  Seeking Dismissal of Brilliant's State Law Claims Without Prejudice.

26      On June 29, 2011, the parties filed a Stipulation Re Consolidation of Business Tort Claims

27  and Statements of the Parties Re Related Matters, (Dkt. 133). In that stipulation, the parties

28  agreed to consolidate their State Law Claims in Santa Clara County Superior Court, Case No. 1-

1  10-CV-187147  (the "State Court Action"), if this Court grants Brilliant's Motion for Summary

2  Judgment of Noninfringement.  The parties further agreed to "promptly . . . take all steps

3  necessary to accomplish the filing by Brilliant of a cross-complaint in the State Court Action . . ."

4  (Dkt. 133 at 4:23-25.)

5        On August 11, 2011, the Court granted Brilliant's Motion for Summary Judgment of

6  Noninfringement and denied as Moot GuideTech's Motion for Summary Adjudication on the

7  Issue of Assignor Estoppel.  (Dkt. 137, the "Order.")  The Court ordered the parties, within three

8  days of the date of the Order, to file a stipulation seeking the dismissal without prejudice of

9  Brilliant's remaining state law claims.

10       Accordingly, pursuant to the Court's Order granting Brilliant's Motion for Summary

11 Judgment of Noninfringement, and further pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties

12 submit this stipulation seeking dismissal, without prejudice, of Count VIII through Count X of

13 Brilliant's First Amended Complaint, (Dkt. 35), filed June 3, 2010.  The parties seek an order from

14 the Court approving this stipulation, and an order directing the parties to take all steps necessary to

15 accomplish the filing by Brilliant of a cross-complaint in the State Court Action.

16

17 DATED: August 15, 2011                    Respectfully submitted,

18

19 SILICON EDGE LAW GROUP LLP              LAW OFFICES OF DANIEL J. RICHERT

20 By:____/s/ *Thomas W. Lathram*_____   By:_____/s/ *Daniel J. Richert*_____
            Thomas W. Lathram                      Daniel J. Richert
21 Attorneys for Brilliant Instruments, Inc.   Attorneys for GuideTech LLC and Ronen Sigura

22

23 **IT IS HEREBY ORDERED THAT:**

24 1.      Count VIII (Intentional Interference With Prospective Economic Advantage),

25       Count IX (Intentional Interference With Contractual Relations), and Count X

26       (Unfair Competition – Cal. Bus. & Prof. Code ¶¶ 17200, *et seq.*) of Brilliant's First

27       Amended Complaint, dated May 18, 2010, and filed June 3, 2010, in this action,

28       (Dkt. 35), are hereby **DISMISSED WITHOUT PREJUDICE**.

2. The parties are hereby **ORDERED** to take all steps necessary to accomplish the filing by Brilliant of a cross-complaint in the State Court Action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 8/16/2011

Claudia Wilken
United States District Judge