Thomas W. Lathram (State Bar No. 59639)
Tom@SiliconEdgeLaw.com
Arthur J. Behiel (State Bar No. 172165)
Art@SiliconEdgeLaw.com
Steve P. Hassid (State Bar No. 219913)
Steve@SiliconEdgeLaw.com
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, CA 94566
Telephone:  (925) 621-2110
Facsimile:  (925) 621-2119

Attorneys for Plaintiff, Counterdefendant
and Counterclaimant
BRILLIANT INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| BRILLIANT INSTRUMENTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GUIDETECH, INC., and<br>RONEN SIGURA, an individual,<br><br>Defendants. | Civil No. C09-05517 CW (JCS)<br><br>[**PROPOSED**] **ORDER AND STIPULATION SEEKING DISMISSAL OF BRILLIANT'S STATE LAW CLAIMS WITHOUT PREJUDICE** |
|---|---|
| and Related Counterclaims | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, Counterdefendant and Counterclaimant Brilliant Instruments, Inc. ("Brilliant"), Defendant, Counterclaimant and Counterdefendant GuideTech, LLC ("GuideTech") and Defendant Ronen Sigura ("Sigura"), hereby submit their [Proposed] Order and Stipulation Seeking Dismissal of Brilliant's State Law Claims Without Prejudice.

On June 29, 2011, the parties filed a Stipulation Re Consolidation of Business Tort Claims and Statements of the Parties Re Related Matters, (Dkt. 133).  In that stipulation, the parties agreed to consolidate their State Law Claims in Santa Clara County Superior Court, Case No. 1-

1  10-CV-187147 (the "State Court Action"), if this Court grants Brilliant's Motion for Summary

2  Judgment of Noninfringement.  The parties further agreed to "promptly . . . take all steps

3  necessary to accomplish the filing by Brilliant of a cross-complaint in the State Court Action . . ."

4  (Dkt. 133 at 4:23-25.)

5        On August 11, 2011, the Court granted Brilliant's Motion for Summary Judgment of

6  Noninfringement and denied as Moot GuideTech's Motion for Summary Adjudication on the

7  Issue of Assignor Estoppel.  (Dkt. 137, the "Order.")  The Court ordered the parties, within three

8  days of the date of the Order, to file a stipulation seeking the dismissal without prejudice of

9  Brilliant's remaining state law claims.

10        Accordingly, pursuant to the Court's Order granting Brilliant's Motion for Summary

11  Judgment of Noninfringement, and further pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties

12  submit this stipulation seeking dismissal, without prejudice, of Count VIII through Count X of

13  Brilliant's First Amended Complaint, (Dkt. 35), filed June 3, 2010.  The parties seek an order from

14  the Court approving this stipulation, and an order directing the parties to take all steps necessary to

15  accomplish the filing by Brilliant of a cross-complaint in the State Court Action.

17  DATED: August 15, 2011                    Respectfully submitted,

19  SILICON EDGE LAW GROUP LLP           LAW OFFICES OF DANIEL J. RICHERT

20  By:   /s/ *Thomas W. Lathram*              By:        /s/ *Daniel J. Richert*
        Thomas W. Lathram                          Daniel J. Richert
21  Attorneys for Brilliant Instruments, Inc.   Attorneys for GuideTech LLC and Ronen Sigura

23  **IT IS HEREBY ORDERED THAT:**

24  1.     Count VIII (Intentional Interference With Prospective Economic Advantage),

25        Count IX (Intentional Interference With Contractual Relations), and Count X

26        (Unfair Competition – Cal. Bus. & Prof. Code ¶¶ 17200, *et seq.*) of Brilliant's First

27        Amended Complaint, dated May 18, 2010, and filed June 3, 2010, in this action,

28        (Dkt. 35), are hereby **DISMISSED WITHOUT PREJUDICE**.

1  2. The parties are hereby **ORDERED** to take all steps necessary to accomplish the
2  filing by Brilliant of a cross-complaint in the State Court Action.
3
4  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
5
6  Dated: 8/16/2011
7  Claudia Wilken
   United States District Judge