IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDETECH, INC. and RONEN SIGURA, <br><br> Defendants. <br> _____/ <br> AND ALL RELATED COUNTERCLAIMS <br> _____/ | No. C 09-05517 CW <br><br> ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (Docket No. 140) |

Defendants GuideTech LLC and Ronen Sigura move for leave to file a motion for reconsideration of the Court's August 11, 2011 Order on Claim Construction, Granting Brilliant's Motion for Summary Judgment of Non-Infringement and Denying as Moot GuideTech's Motion for Summary Adjudication on the Issue of Assignor Estoppel.  Defendants contend that there was a manifest failure by the Court to consider material facts and dispositive legal arguments in its August 11 Order.  See Civ. L.R. 7-9(3).

Having considered Defendants' papers, the Court DENIES their motion for leave.  (Docket No. 140.)  The portions of Dr. Burnell G. West's report and the BI200 Datasheet cited by Defendants were considered by the Court when it ruled on Brilliant's motion for summary judgment.

The Clerk shall enter judgment forthwith and close the file.

IT IS SO ORDERED.

Dated: 9/6/2011

CLAUDIA WILKEN
United States District Judge