KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ROBERT J. ARTUZ (State Bar No. 227789)
BYRON R. CHIN (State Bar No. 259846)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: therhold@kilpatricktownsend.com
        rartuz@kilpatricktownsend.com
        bchin@kilpatricktownsend.com

Attorneys for Defendant and Counterclaimant GUIDETECH, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., | Case No. C09-05517 CW (JCS) |
| Plaintiff and Counterdefendant, | **STIPULATED REQUEST TO EXTEND BRIEFING DEADLINES AND** |
| v. | **HEARING DATE FOR BRILLIANT'S MOTION FOR ATTORNEY FEES AND** |
| GUIDETECH, INC. | **NON-TAXABLE COSTS, AND ORDER** |
| Defendant and Counterclaimant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff and Counterdefendant Brilliant Instruments, Inc. ("Brilliant"), and

Defendant and Counterclaimant GuideTech, LLC ("GuideTech"), hereby submit their Stipulated

Request to Extend Briefing Deadlines and Hearing Date.

On September 20, 2011, Brilliant filed its Motion for Attorney Fees and Non-Taxable

Costs (35 U.S.C. § 285) (Dkt. 147), and its Bill of Costs (Dkt. 145).  On September 23, 2011,

pursuant to the Clerk's Notice of September 21, 2011 to re-notice the hearing date for a Thursday,

Brilliant re-noticed the hearing date for its Motion for Attorney Fees for Thursday, October 27,

2011 (Dkt. 159).  This hearing date was confirmed by a docket entry on September 26, 2011.



1
2
3

Under the present schedule, GuideTech's Opposition to Brilliant's Motion shall be filed by October 4, 2011, and Brilliant's Reply shall be filed by October 11, 2011. GuideTech's Objection to the Bill of Costs shall be filed by October 4, 2011.

4
5
6
7
8
9

GuideTech asked Brilliant if it was willing to extend the briefing deadlines, and reschedule the hearing date for its Motion to accommodate the schedule of GuideTech's lead counsel. After conferring on potential dates and consulting the Court's calendar, the parties have agreed upon a new hearing date of November 17, 2011. The parties have also agreed to extend the briefing deadlines to provide GuideTech with an extra two weeks to file its Opposition and Objection, and to provide Brilliant with an extra week to file its Reply.

10
11
12
13
14
15

The Court has granted two previous time modifications in this case. First, the Court granted in part an extension of claim construction briefing under the Patent Local Rules. (Dkt. 79.) The Court also granted the parties' joint request to move the trial date and pretrial briefing. (Dkt. 136.) The present time modification would have no impact on the schedule of the case; the Court has granted summary judgment of noninfringment in favor of Brilliant (Dkt. 137), and entered judgment in favor of Brilliant and against GuideTech (Dkt 142).

16
17

Accordingly, pursuant to Local Rule 6-2, the parties stipulate to the following briefing and hearing schedule, and seek an Order from the Court approving the stipulation:

18
19

GuideTech's Opposition shall be filed and served on October 18, 2011.

20

Brilliant's Reply shall be filed and served on November 1, 2011.

21
22

Brilliant's Motion for Attorney Fees and Non-Taxable Costs (35 U.S.C. § 285) shall be heard by the Court on November 17, 2011.

23
24
25

DATED:  September 27, 2011          Respectfully submitted,

SILICON EDGE LAW GROUP LLP          KILPATRICK TOWNSEND & STOCKTON LLP

26
27

By:___/s/ *Thomas W. Lathram*_____          By:____/s/ *Byron R. Chin*_____
  Thomas W. Lathram             Byron R. Chin
Attorneys for Brilliant Instruments, Inc.          Attorneys for GuideTech LLC

28



1

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.  **Motion will be decided on the
           papers.**

3

4     Dated: _____9/28/2011_____          _____

5                                                 Claudia Wilken
                                                  United Stated District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1

2

ATTESTATION CLAUSE REGARDING SIGNATURES

3

4

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty

of perjury that I have on file permission to sign for counsel, as indicated by a "conformed" signature

5

(/s/) within this e-filed document.

6

DATED:  September 27, 2011          Respectfully submitted,

7

8

KILPATRICK TOWNSEND & STOCKTON LLP

By:_____/s/ *Byron R. Chin*_____

9

BYRON R. CHIN

10

Attorneys for Defendant and Counterclaimant
GUIDETECH LLC

11

12

63740313 v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

