IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GUIDETECH, INC.,<br><br>    Defendant.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS<br>_____/ | No. C 09-5517 CW<br><br>ORDER REGARDING MOTION OF GUIDETECH LLC FOR LEAVE TO FILE UNDER SEAL THE DECLARATION OF SASSAN TABATABAEI (Docket No. 176) |

    Pursuant to Local Rule 79-5, Defendant and Counter-Claimant GuideTech LLC moves for authorization to file under seal the Declaration of Sassan Tabatabaei, submitted in support of GuideTech LLC's Opposition to Plaintiff and Counter-Defendant Brilliant Instruments, Inc.'s Motion for Attorney Fees and Non-Taxable Costs. Movant does not seek to file under seal Exhibit 1, which is attached to the declaration. In support of its motion, Movant offers a declaration that states that the document "contains sensitive proprietary information of [Brilliant Instruments, Inc.] regarding its accused products that are: (1) proprietary and confidential; (2) has not been disclosed to the public; (3) has been designated as 'Confidential' or 'Highly Confidential-Attorney's Eyes Only' and (4) could, if disclosed to the public, cause harm to the third parties." Chin Decl. ¶ 4.

    Local Rule 79-5(d) provides that, when a party files an administrative motion seeking to submit material under seal that

another party to the action has designated as confidential, the designating party must file a declaration establishing that the information is sealable within seven days after the motion was filed. Civil L.R. 79-5(d). If the designating party does not file its responsive declaration, the document or proposed filing will be made part of the public record. Id.

Accordingly, within seven days of October 19, 2011, as the party designating the material as confidential, Brilliant Instruments, Inc. shall file a declaration in support of the motion to seal. The declaration must state with particularity good cause to file the document under seal in light of Local Rule 79-5 and applicable law.

If Brilliant Instruments, Inc. fails to file their responsive declarations as required by Local Rule 79-5(d), the document or proposed filing will be made part of the public record.

IT IS SO ORDERED.

Dated: 10/21/2011

CLAUDIA WILKEN
United States District Judge

2