IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GUIDETECH, INC.,<br><br>    Defendant.<br>_____/<br>AND ALL RELATED COUNTERCLAIMS<br>_____/ | No. C 09-5517 CW<br><br>ORDER DENYING MOTION OF GUIDETECH LLC FOR LEAVE TO FILE UNDER SEAL THE DECLARATION OF SASSAN TABATABAEI (Docket No. 176) |

On October 19, 2011, Defendant and Counter-Claimant GuideTech LLC filed a motion seeking authorization to file under seal the Declaration of Sassan Tabatabaei, submitted in support of GuideTech LLC's Opposition to Plaintiff and Counter-Defendant Brilliant Instruments, Inc.'s Motion for Attorney Fees and Non-Taxable Costs.  In support of its motion, GuideTech LLC offered a declaration that states that the document "contains sensitive proprietary information of [Brilliant Instruments, Inc.] regarding its accused products that are: (1) proprietary and confidential; (2) has not been disclosed to the public; (3) has been designated as 'Confidential' or 'Highly Confidential-Attorney's Eyes Only' and (4) could, if disclosed to the public, cause harm to the third parties."  Chin Decl. ¶ 4.

On October 21, 2011, the Court issued an order stating that, as the party designating the material as confidential, Brilliant Instruments, Inc. was required to file a declaration in support of

1  the motion to seal within seven days of October 19, 2011, pursuant
2  to Local Rule 79-5(d) or the document would be made part of the
3  public record.
4     Brilliant Instruments, Inc. has not submitted a declaration
5  in support of GuideTech LLC's motion to seal.  Accordingly,
6  GuideTech LLC's motion to seal is denied.  Within four days,
7  GuideTech LLC may electronically file the Tabatabaei Declaration
8  in the public record or may withdraw it, in accordance with
9  General Order 62.
10     IT IS SO ORDERED.

12  Dated:  11/2/2011                _____
                                     CLAUDIA WILKEN
                                     United States District Judge

2