IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., | No. C 09-5517 CW |
| Plaintiff, | ORDER REGARDING MOTION OF BRILLIANT INSTRUMENTS, INC. FOR LEAVE TO FILE UNDER SEAL EXHIBITS F, G AND Q TO THE LATHRAM DECLARATION (Docket No. 189) |
| v. | |
| GUIDETECH, INC., | |
| Defendant. | |

AND ALL RELATED COUNTERCLAIMS
_____/

On November 1, 2011, Plaintiff and Counter-Defendant Brilliant Instruments, Inc. filed a motion pursuant to Local Rule 79-5 seeking authorization to file under seal Exhibits F, G and Q to the Declaration of Thomas W. Lathram, submitted in support of its Reply in Further Support of its Motion for Attorneys' Fees and Non-Taxable Costs. In support of its motion to seal, Movant offered a declaration that states that the exhibits have been designated as "Confidential" or "Highly Confidential-Attorney's Eyes Only" by Defendant and Counter-Claimant GuideTech, LLC pursuant to the protective order in this case. Lathram Decl. ¶ 3.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a

1  protective order or by stating in general terms that the material
2  is considered to be confidential, but rather must be supported by
3  a sworn declaration demonstrating with particularity the need to
4  file each document under seal.  See Civil L.R. 79-5(a).  If a
5  document has been designated as confidential by another party,
6  that party must file a declaration establishing that the document
7  is sealable within seven days after the motion to seal was filed.
8  Civ. Local R. 79-5(d).  If the designating party does not file its
9  responsive declaration, the document or proposed filing will be
10  made part of the public record.  Id.

11     GuideTech, LLC, as the party designating the material as
12  confidential, has not yet filed a responsive declaration in
13  support of Brilliant Instruments, Inc.'s motion to seal.  Within
14  three days of this order, GuideTech, LLC shall file a declaration
15  in support of the motion to seal.  The declaration must state with
16  particularity good cause to file each exhibit under seal in light
17  of Local Rule 79-5 and applicable law.

18     If GuideTech, LLC fails to file its responsive declaration as
19  required by this order, the exhibits will be made part of the
20  public record.

21     In the future, all parties must follow Local Rule 79-5 and
22  these procedures.

23     IT IS SO ORDERED.

25  Dated: 11/14/2011

CLAUDIA WILKEN
United States District Judge

2