IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., | No. C 09-5517 CW |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS F, G AND Q TO THE LATHRAM DECLARATION (Docket No. 189) |
| v. | |
| GUIDETECH, INC., | |
| Defendant. | |
| AND ALL RELATED COUNTERCLAIMS | |

On November 1, 2011, Plaintiff and Counter-Defendant Brilliant Instruments, Inc. filed a motion pursuant to Local Rule 79-5 seeking authorization to file under seal Exhibits F, G and Q to the Declaration of Thomas W. Lathram, submitted in support of its Reply in Further Support of its Motion for Attorneys' Fees and Non-Taxable Costs.  In support of its motion to seal, Plaintiff offered a declaration that states that the exhibits have been designated as "Confidential" or "Highly Confidential-Attorney's Eyes Only" by Defendant and Counter-Claimant GuideTech, LLC pursuant to the protective order in this case.  Lathram Decl. ¶ 3.

On November 14, 2011, the Court issued an order stating that, as the party designating the material as confidential, GuideTech LLC was required to file a declaration in support of the motion to seal pursuant to Local Rule 79-5(d) within three days of that date, or the document would be made part of the public record.

GuideTech LLC has not submitted a declaration in support of Plaintiff's motion to seal.  Accordingly, Plaintiff's motion to seal is denied (Docket No. 189).  Within four days, Plaintiff may electronically file Exhibits F, G and Q in the public record or may withdraw them, in accordance with General Order 62.

IT IS SO ORDERED.

Dated: 2/22/2012

CLAUDIA WILKEN
United States District Judge