IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GUIDETECH, LLC,<br><br>    Defendant.<br>_____/ | No. C 09-5517 CW<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE AND ORDERING THE PARTIES TO SHOW CAUSE WHY A COURT EXPERT SHOULD NOT BE APPOINTED |

    The Court sets a case management conference in the above-captioned case for Wednesday, June 19, 2013 at 2:00 p.m.  The parties shall file a joint case management statement by Wednesday, June 12, 2013, in which they address, among other things, proposed trial dates, anticipated trial length and an alternative dispute resolution (ADR) plan.

    Pursuant to Federal Rule of Evidence 706, the Court ORDERS the parties to show cause why an expert witness should not be appointed to testify regarding the technical issues in this case. The parties shall meet and confer on the appointment and identity of a court-appointed expert.  By June 5, 2013, they shall file a joint letter brief responding to the order to show cause, in which they identify any proposed experts upon whom they agree.  If they are unable to reach agreement on the identity of an expert, they shall set forward their separate proposed candidates, including their qualifications to serve in this capacity.

    IT IS SO ORDERED.

Dated: 5/3/2013

                              CLAUDIA WILKEN<br>
                              United States District Judge