Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brilliant Instruments, Inc.

               Plaintiff(s),

   v.

GuideTech, LLC

               Defendant(s).

Case No: 09-05517 (CW)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Philip P. Mann, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GuideTech, LLC in the above-entitled action. My local co-counsel in this case is EINAV COHEN, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1218 Third Avenue, Suite 1809<br>Seattle, Washington 98101 | 1481 Falcon Court<br>Sunnyvale, CA 94087 |
| MY TELEPHONE # OF RECORD:<br>(206) 436-0900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 394-1648 |
| MY EMAIL ADDRESS OF RECORD:<br>phil@mannlawgroup.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>c_einav@yahoo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA 28860.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/04/13

                                                      Philip P. Mann
                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Philip P. Mann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/6/2013

                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 28860 |
| OF | ) ) | **CERTIFICATE OF** |
| PHILIP P. MANN | ) ) | **GOOD STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**PHILIP P. MANN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 19, 1999, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 27th day of June, 2013.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court