IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., | No. C 09-5517 CW |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT (Docket No. 230) |
| v. | |
| GUIDETECH, LLC, | |
| Defendant. | |

On September 28, 2013, Plaintiff Brilliant Instruments, Inc. filed an administrative motion for leave to file a motion for summary judgment after the deadline for case dispositive motions. Defendant GuideTech, Inc. opposes the motion. Having considered the parties' papers and the record in this case, the Court DENIES Plaintiff's motion. The issues Plaintiff seeks to raise could have been raised in its motion for summary judgment filed before the deadline.

On its own motion, the Court continues the hearing on the parties' motions for summary judgment and the case management conference to Thursday, December 19, 2013 at 2:00 PM, or any later Thursday on which both parties can agree and the Court is available. If the parties agree to a later date, they shall file a notice within one week of the date of this order.

IT IS SO ORDERED.

Dated: 11/26/2013

CLAUDIA WILKEN
United States District Judge