RICHARD SWOPE, CA Bar No. 233200
rswope@kaoandswope.com
CHRIS KAO, CA Bar No. 227086
ckao@kaoandswope.com
KAO & SWOPE LLP
268 Bush Street, #4127
San Francisco, CA 94104
Tel. 415.539.0996
Fax. 866.267.0243

Attorneys for (Realigned) Defendant
BRILLIANT INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC., <br><br> (Realigned) Defendant, <br><br> vs. <br><br> GUIDETECH, LLC <br><br> (Realigned) Plaintiff. | **Case No. 09-05517-CW** <br><br> **ORDER GRANTING BRILLIANT INSTRUMENTS, INC.'S ADMINISTRATIVE REQUEST TO USE DEMONSTRATIVES AND DEMONSTRATIVE AIDES AT TRIAL** <br><br> Date: March 31 – April 4, 2014 <br> Time: 8:30 a.m. <br> Location: Oakland, 4th Floor <br> Ctrm.: 2 <br><br> The Honorable Claudia Wilken |

-2-

1  The Court, having duly considered Brilliant Instruments Inc.'s Request to bring in the
2  following materials to the courtroom during trial and use them as demonstratives and
3  demonstrative aides: (1) display easel; (2) flip-chart; (3) foam-core box with approximate
4  measurement s of 2' x 18" x 1'; (4) two circuit boards; and (5) PowerPoint slides, HEREBY
5  GRANTS the Request.

**IT IS SO ORDERED.**

Dated: 3/31/2014

_____
The Honorable Claudia Wilken
United States District Judge