RICHARD SWOPE, CA Bar No. 233200
rswope@kaoandswope.com
CHRIS KAO, CA Bar No. 227086
ckao@kaoandswope.com
KAO & SWOPE LLP
268 Bush Street, #4127
San Francisco, CA 94104
Tel. 415.539.0996
Fax. 866.267.0243

Attorneys for (Realigned) Defendant
BRILLIANT INSTRUMENTS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| BRILLIANT INSTRUMENTS, INC. | **Case No. C09-cv-05517-CW** |
| (Realigned) Defendant | **JOINT STIPULATION TO RENUMBER BRILLIANT INSTRUMENTS, INC.'S TRIAL EXHIBITS THAT HAVE BEEN ADMITTED INTO EVIDENCE** |
| vs. | |
| GUIDETECH, LLC | |
| (Realigned) Plaintiff. | |

**JOINT STIPULATION TO RENUMBER BRILLIANT INSTRUMENTS, INC.'S TRIAL EXHIBITS THAT HAVE BEEN ADMITTED INTO EVIDENCE**

1    (Realigned) Defendant Brilliant Instruments, Inc ("Brilliant") and (Realigned) Plaintiff

2    GuideTech, LLC hereby submit this Joint Stipulation to renumber certain Brilliant trial

3    exhibits that were admitted into evidence during the trial proceedings on April 1, 2014.

4    Brilliant inadvertently labeled two exhibits as Exhibit 30 during the trial and the parties now

5    seek to correct this inadvertence by relabeling the following exhibits with the following

     designations:

6

7    • Exhibit 30 is a photograph of the BI 200 Board (attached hereto as **Exhibit A**).

8    • Exhibit 31 (formerly labeled Exhibit 30) is a demonstrative diagram titled

9    "Traditional" (attached hereto as **Exhibit B**)

10   • Exhibit 32 (formerly labeled Exhibit 31) is a demonstrative diagram of the

     Femto 2000 (attached hereto as **Exhibit C**)

11

12   • Exhibit 33 (formerly labeled Exhibit 32) is a demonstrative diagram of the BI

     200 (attached hereto as **Exhibit D**)

13

14   Dated:    April 1, 2104

15

16   Respectfully Submitted,

17   KAO & SWOPE LLP                          MANN LAW GROUP

18                                            WHITAKER LAW GROUP

19

20   By: */s/ Richard Swope*                  By:    */s/ Philip Mann*
     Richard Swope                            Philip Mann

21   rswope@kaoandswope.com                   phil@mannlawgroup.com
     Chris Kao                                John Whitaker

22   ckao@kaoandswope.com                     1218 Third Avenue, Suite 1809
     268 Bush Street, #4127                   Seattle, Washington 98101

23   San Francisco, CA 94104

24   Attorneys for (Realigned) Defendant      Attorneys for (Realigned) Plaintiff

25   Brilliant Instruments, Inc.              GuideTech, LLC

26

27                                            IT IS SO ORDERED

                                              Judge Claudia Wilken

28
                                          -2-
     **JOINT STIPULATION TO RENUMBER BRILLIANT INSTRUMENTS, INC. TRIAL EXHIBITS
     THAT HAVE BEEN ADMITTED INTO EVIDENCE**

1

**ATTESTATION REGARDING SIGNATURES**

2

I, Richard S. Swope, attest that all signatories listed, and whose behalf this filing is submitted

3

concur in the filing's content and have authorized the filing.

4

5

Dated: April 1, 2014

6

By:     */s/ Richard Swope*

7

Richard Swope

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO RENUMBER BRILLIANT INSTRUMENTS, INC.'S TRIAL EXHIBITS
THAT HAVE BEEN ADMITTED INTO EVIDENCE**

# EXHIBIT A



# EXHIBIT B

Case 4:09-cv-05517-CW   Document 297   Filed 04/02/14   Page 7 of 11

# TRADITIONAL



EXHIBIT C

# Femto - 2000

ChA



$M_i$ C A1

$M_i$ < A2

ChB

MC B1

MC B2

BRILLIANT 32

# EXHIBIT D

B1   200   201/220/2X)

Ch A

MCA

Ch B

MCB

BRILLIANTE EX
33