IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUIDETECH, INC.,

    Plaintiff,

v.

BRILLIANT INSTRUMENTS, INC.,

    Defendant.
_____/

No. C 09-5517 CW

VERDICT FORM

FILED
APR 07 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

We, the jury in the above-titled action, return the following verdict on the question submitted to us:

1. What lost profits, if any, did GuideTech show it more likely than not suffered as a result of sales that, if not for Brilliant's infringement, GuideTech showed that it would with reasonable probability have made?

$ _342,229.23_

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your determinations. Please have the presiding juror sign, date and return this form.

Dated: 4/7/14

_____
Presiding Juror