IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUIDETECH, INC.,

        Plaintiff,

   v.

BRILLIANT INSTRUMENTS, INC.,

        Defendant.
_____/

No. C 09-5517 CW

JUDGMENT

    This action came on for trial before the Court and a jury, Honorable Claudia Wilken, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and this Court having previously issued its Order Regarding Motion for Summary Judgment on Assignor Estoppel,

    IT IS ORDERED AND ADJUDGED

    That judgment be entered in favor of Plaintiff GuideTech, Inc. on its claim for infringement of claims 1, 2, and 5 of U.S. Patent No. 6,226,231;

    That judgment be entered in favor of Defendant Brilliant Instruments, Inc. on GuideTech's claims for infringement of U.S. Patent Nos. 6,091,671 and 6,181,649;

    That GuideTech recover from Brilliant the sum of $342,229.23, with interest thereon as provided by 28 U.S.C. § 1961, and its costs of action;

1       That judgment be entered in favor of GuideTech on Brilliant's
2  claims for declarations of invalidity.
3       GuideTech's request for injunctive relief will be considered
4  separately.
5       Dated at Oakland, California, this 8th day of April 2014.



CLAUDIA WILKEN
United States District Judge

2