IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUIDETECH, INC.,

    Plaintiff,

  v.

BRILLIANT INSTRUMENTS, INC.,

    Defendant.
_____/

No. C 09-5517 CW

ORDER SETTING BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS

Earlier today, the jury returned a verdict and the Court entered judgment in the above-referenced case. The Court sets the following post-trial motions briefing schedule:

| | | |
|---|---|---|
| GuideTech's motion for injunction and any post-trial motions due | April 21, 2014 | 25 pages |
| Brilliant's responsive brief and post-trial motions due | May 5, 2014 | 25 pages |
| GuideTech's reply on motion for injunction and post-trial motions and response to Brilliant's post-trial motions due | May 19, 2014 | 25 pages |
| Brilliant's reply on post-trial motions due | June 2, 2014 | 15 pages |
| Hearing | July 3, 2014 at 2:00 PM | |

The briefing and hearing schedule may be extended by stipulation. The page limits for briefing shall apply unless the parties demonstrate good cause to allow more. See Civil Local Rule 7-11.

IT IS SO ORDERED.

Dated: 4/8/2014

CLAUDIA WILKEN
United States District Judge

2