IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRILLIANT INSTRUMENTS, INC.,

    Plaintiff,

  v.

GUIDETECH, INC., et al.,

    Defendants.
_____/

No. C 09-5517 CW

ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL

(Docket No. 347)

In its December 29, 2014 Order conditionally granting Kao & Swope, LLC's motion to withdraw as counsel for Plaintiff Brilliant, the Court ordered it to file a declaration on December 22, 2014 that it served its motion, as well as that order, on its client. It has filed such a declaration. All parties and counsel have had an opportunity to oppose the motion, and none have done so.

Accordingly, the Court GRANTS Kao & Swope's motion to withdraw as counsel for Brilliant (Docket No. 347). Eric Sofge will continue to represent Brilliant.

IT IS SO ORDERED.

Dated: January 13, 2015

CLAUDIA WILKEN
United States District Judge